# EXHIBIT B

| Form **4768** (Rev. October 1996) Department of the Treasury Internal Revenue Service | **Application for Extension of Time To File a Return and/or Pay U.S. Estate (and Generation-Skipping Transfer) Taxes** (For filers of Forms 706, 706-A, and 706-NA) | OMB No. 1545-0181 |
|---|---|---|

**Note:** *Use Form 2758 to request an extension for Forms 706-GS(D) and 706-GS(T).*

### Part I — Identification

| Decedent's first name and middle initial | Decedent's last name | Date of death |
|---|---|---|
| Barbara A. | Bandurski | August 8, 1998 |

| Name of executor | Name of application filer (if other than the executor) | Decedent's social security number |
|---|---|---|
| Cheryl A. Murphy | | |

| Address of executor (Number, street, and room or suite no.) | Estate tax return due date |
|---|---|
| 607 Taylor Avenue | May 7, 1999 |

City, state, and ZIP code: Linwood, PA 19061

### Part II — Extension of Time To File (Sec. 6081)

You must attach your written statement to explain in detail why it is impossible or impractical to file a reasonably complete return within 9 months after the date of the decedent's death.

Extension date requested: November 7, 1999

### Part III — Extension of Time To Pay (Sec. 6161)

You must attach your written statement to explain in detail why it is impossible or impractical to pay the full amount of the estate (or GST) tax by the return due date. If the taxes cannot be determined because the size of the gross estate is unascertainable, check here ▶ ☐ and enter "-0-" or other appropriate amount on Part IV, line 3. You must attach an explanation.

Extension date requested:

### Part IV — Payment To Accompany Extension Request

| | | |
|---|---|---:|
| 1 | Amount of estate and GST taxes estimated to be due | $590,000.00 |
| 2 | Amount of cash shortage (complete Part III) | 0.00 |
| 3 | Balance due (subtract line 2 from line 1) (Pay with this application.) | |

### Signature and Verification

**If filed by executor** — Under penalties of perjury, I declare that I am an executor of the estate of the above-named decedent and to the best of my knowledge and belief, the statements made herein and attached are true and correct.

Executor's signature: *Cheryl A. Murphy*    Title: Executrix    Date: 5/6/99

**If filed by someone other than the executor** — Under penalties of perjury, I declare that to the best of my knowledge and belief, the statements made herein and attached are true and correct, that I am authorized by the executor to file this application, and that I am (check box(es) that applies):

☐ A member in good standing of the bar of the highest court of (specify jurisdiction) ▶ _____
☐ A certified public accountant duly qualified to practice in (specify jurisdiction) ▶ _____
☐ A person enrolled to practice before the Internal Revenue Service.
☐ A duly authorized agent holding a power of attorney. (The power of attorney need not be submitted unless requested.)

Filer's signature (other than the executor): _____    Date: _____

### Part V — Notice to Applicant—To be completed by the Internal Revenue Service

| 1 | The application for extension of time to file (Part II) is: | 2 | The application for extension of time to pay (Part III) is: |
|---|---|---|---|
| | ☐ Approved | | ☐ Approved |
| | ☐ Not approved because _____ | | ☐ Not approved because _____ |
| | ☐ Other _____ | | ☐ Other _____ |

| Internal Revenue Service official | Date | Internal Revenue Service official | Date |
|---|---|---|---|
| | | | |

For Paperwork Reduction Act Notice, see instructions on the back of this form.    Form **4768** (Rev. 10-96)

ISA
STF FED5253F

FORM 4768, APPLICATION FOR EXTENSION OF TIME TO FILE A RETURN AND/OR PAY U.S. ESTATE (AND GENERATION-SKIPPING TRANSFER) TAXES

Part II, Written Statement

Estate of Barbara A. Bandurski

A formal assessment of possible environmental liabilities on real property [in the closely held businesses in which decedent had an interest] has not yet been completed. A precise determination of the possible environmental liability must be rendered in order to provide accurate information on the estate tax return.