# EXHIBIT D

**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI  OH  45999-0049

In reply refer to: 0264105958
Sep. 23, 2004   LTR 105C

01373
BODC: SB

BARBARA A BANDURSKI ESTATE
% BEVERLY J WIK ESQ
PO BOX 25130
WILMINGTON  DE  19899-5130

RECEIVED
SEP 29 2004
BEVERLY J. WIK

CERTIFIED MAIL

   Taxpayer Identification Number:
            Kind of Tax:  Estate
       Amount of Claim(s):  $  124,141.26

       Date Claim(s) Received:  Aug. 10, 2004
            Tax Period(s):  Aug. 07, 1998

            0264105958

Dear Taxpayer:

This letter is your legal notice that we have disallowed your claim(s).  We can't allow your claim(s) for refund or credit for the period(s) shown above for the reason(s) listed below.

The appeal rights were given at the time of the audit.

We can't allow a claim for credit or refund if you file the claim more than 3 years after you file the return, or more than two years after you pay the tax, whichever is later.

If you want to sue to recover tax, penalties, or other amounts, you may file a lawsuit with the United States District Court having jurisdiction or with the United States Court of Federal Claims.  These courts are independent bodies and have no connection with the Internal Revenue Service.

The law permits you to do this within 2 years from the mailing date of this letter.  If you decide to appeal our decision first, the 2-year period still begins from the mailing date of this letter.  However, if you signed an agreement that waived your right to the notice of disallowance (Form 2297), the period for filing a lawsuit began on the date you filed the waiver.

If you have any questions, please call us toll free at 1-800-829-8374.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you.

```
                                              0264105958
                        Sep. 23, 2004    LTR 105C

                                              01374
```

BARBARA A BANDURSKI ESTATE
% BEVERLY J WIK ESQ
PO BOX 25130
WILMINGTON  DE   19899-5130

Also, you may want to keep a copy of this letter for your records.

Telephone Number (    )_____   Hours_____

                          Sincerely yours,

                          *Susan A. Hansen*

                          Susan A. Hansen, Field Director
                          Compliance Svcs.

Enclosure(s):
Publication 1


**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI OH 45999-0049

BARBARA A BANDURSKI ESTATE
% BEVERLY J WIK ESQ
PO BOX 25130
WILMINGTON DE 19899-5130

---

The IRS address must appear in the window.
                              0264105958

BODCD-SB

Letter Number:  LTR0105C
Letter Date  :  2004-09-23
Tax Period   :  000000


*160286250*

BARBARA A BANDURSKI ESTATE
% BEVERLY J WIK ESQ
PO BOX 25130
WILMINGTON DE 19899-5130

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0049

160286250 FA       52 0 000000 000 00000000000




**INTERNAL REVENUE SERVICE**
Cincinnati, OH 45999

Official Business
Penalty for Private Use, $300

CERTIFIED MAIL

7004 0750 0004 3321 4381

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PB METER 1903636
U.S. POSTAGE
COVINGTON KY SEP 23'04

Name
1st Notice  25/30
2-d Notice  9/27
Return