# EXHIBIT A

Form **706**

(Rev. July 1998)

Department of the Treasury
Internal Revenue Service

## United States Estate (and Generation–Skipping Transfer) Tax Return

Estate of a citizen or resident of the United States (see separate instructions). To be filed for decedents dying after December 31, 1997, and before January 1, 1999. For Paperwork Reduction Act Notice see page 1 of the separate instructions.

OMB No. 1545-0015

**Part 1. — Decedent and Executor**

| | | |
|---|---|---|
| **1a** Decedent's first name and middle initial (and maiden name, if any) Barbara A. | **1b** Decedent's last name Bandurski | **2** Decedent's SSN |
| **3a** Legal residence (domicile) at time of death (county, state, and ZIP code, or foreign country) New Castle County, Delaware, 19810 | **3b** Year domicile established 1956 | **4** Date of birth 03/03/36  **5** Date of death 08/07/98 |
| **6a** Name of executor (see page 2 of the instructions) Cheryl A. Murphy | **6b** Executor's address (number and street including apartment or suite no. or rural route; city, town, or post office; state; and ZIP code) 607 Taylor Avenue Linwood, PA 19061 | |
| **6c** Executor's social security number (see page 2 of the instructions) | | |
| **7a** Name and location of court where will was probated or estate administered New Castle County, Delaware Register of Wills Office | | **7b** Case number 117898 |
| **8** If decedent died testate, check here ▶ X  and attach a certified copy of the will. | **9** If Form 4768 is attached, check here ▶ X | |
| **10** If Schedule R-1 is attached, check here . . ▶ | | |

**Part 2. — Tax Computation**

| | | | |
|---|---|---|---|
| **1** | Total gross estate less exclusion (from Part 5, Recapitulation, page 3, item 12) . . . . . . . . . . . . . . . . . | **1** | 2,179,747.00 |
| **2** | Total allowable deductions (from Part 5, Recapitulation, page 3, item 23) . . . . . . . . . . . . . . . . . | **2** | 248,163.00 |
| **3** | Taxable estate (subtract line 2 from line 1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 1,931,584.00 |
| **4** | Adjusted taxable gifts (total taxable gifts (within the meaning of section 2503) made by the decedent after Dec. 31, 1976, other than gifts that are includible in decedent's gross estate (section 2001(b))) . . . | **4** | 0.00 |
| **5** | Add lines 3 and 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 1,931,584.00 |
| **6** | Tentative tax on the amount on line 5 from Table A on page 10 of the instructions . . . . . . . . . . . . . | **6** | 750,013.00 |
| **7a** | If line 5 exceeds $10,000,000, enter lesser of line 5 or $17,184,000. If line 5 is $10,000,000 or less, skip lines 7a & 7b & enter –0– on line 7c . **7a** | | |
| **b** | Subtract $10,000,000 from line 7a . . . . . . . . . . . . . . . . . . . . . . . **7b** | | |
| **c** | Enter 5% (.05) of line 7b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7c** | 0.00 |
| **8** | Total tentative tax (add lines 6 and 7c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | 750,013.00 |
| **9** | Total gift tax payable with respect to gifts made by the decedent after December 31, 1976. Include gift taxes by the decedent's spouse for such spouse's share of split gifts (section 2513) only if the decedent was the donor of these gifts and they are includible in the decedent's gross estate (see instructions.) . . | **9** | 0.00 |
| **10** | Gross estate tax (subtract line 9 from line 8) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 750,013.00 |
| **11** | Maximum unified credit against estate tax . . . . . . . . . . . . . **11** 202,050.00 | | |
| **12** | Adjustment to unified credit. (This adjustment may not exceed $6,000. See page 7 of the instructions.) . . . . . . . . . . . . . . . . . . . **12** 0.00 | | |
| **13** | Allowable unified credit (subtract line 12 from line 11) . . . . . . . . . . . . . . . . . . . . . . . . | **13** | 202,050.00 |
| **14** | Subtract line 13 from line 10 (but do not enter less than zero) . . . . . . . . . . . . . . . . . . . . | **14** | 547,963.00 |
| **15** | Credit for state death taxes. Do not enter more than line 14. Figure the credit by using the amount on line 3 less $60,000. See Table B in the instructions and **attach credit evidence** (see instructions) . . . . . | **15** | 94,674.00 |
| **16** | Subtract line 15 from line 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | 453,289.00 |
| **17** | Credit for Fed. gift taxes on pre-1977 gifts (sec. 2012) (attach computation) . . **17** 0.00 | | |
| **18** | Credit for foreign death taxes (from Schedule(s) P). (Attach Form(s) 706-CE.) . . **18** 0.00 | | |
| **19** | Credit for tax on prior transfers (from Schedule Q) . . . . . . . . . . . . . . . **19** 0.00 | | |
| **20** | Total (add lines 17, 18, and 19) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **20** | 0.00 |
| **21** | Net estate tax (subtract line 20 from line 16) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **21** | 453,289.00 |
| **22** | Generation-skipping transfer taxes (from Schedule R, Part 2, line 10) . . . . . . . . . . . . . . . . . | **22** | 0.00 |
| **23** | Total transfer taxes (add lines 21 and 22) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **23** | 453,289.00 |
| **24** | Prior payments. Explain in an attached statement . . . . . . . . . . . . . . . **24** 590,000.00 | | |
| **25** | United States Treasury bonds redeemed in payment of estate tax . . . . **25** 0.00 | | |
| **26** | Total (add lines 24 and 25) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **26** | 590,000.00 |
| **27** | Balance due (or overpayment) (subtract line 26 from line 23) . . . . . . . . . . . . . . . . . . . . . | **27** | (136,711.00) |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer other than the executor is based on all information of which preparer has any knowledge.

Signature(s) of executor(s) *Cheryl A Murphy by [signature] as attorney in fact*    Date 11/8/99

Signature of preparer other than executor *[signature]*    919 Market Street, Suite 1600, P.O. Box 25130  Wilmington, DE  19899    Date 11/8/99

Address (and ZIP code)

CAA    8  D51    NTF 16061
Copyright Forms Software Only. 1998 Nelco

Form 706 (Rev. 7-98)

**Estate of:** Barbara A. Bandurski

## Part 3. -- Elections by the Executor

| Please check the "Yes" or "No" box for each question. (See Instructions beginning on page 3.) | Yes | No |
|---|---|---|
| **1** Do you elect alternate valuation? .................................................................................... | X | |
| **2** Do you elect special use valuation? ................................................................................ | | X |
| If "Yes," you must complete and attach Schedule A-1. | | |
| **3** Do you elect to pay the taxes in installments as described in section 6166? .......................... | | X |
| If "Yes," you must attach the additional information described on page 5 of the Instructions. | | |
| **4** Do you elect to postpone the part of the taxes attributable to a reversionary or remainder interest as described in section 6163? ....................................................................................... | | X |

## Part 4. -- General Information (Note: Please attach the necessary supplemental documents. **You must attach the death certificate.**)
(See Instructions beginning on page 6.)

Authorization to receive confidential tax Information under Regulations section 601.504(b)(2)(i), to act as the estate's representative before the Internal Revenue Service, and to make written or oral presentations on behalf of the estate if return prepared by an attorney, accountant, or enrolled agent for the executor.

| Name of representative (print or type) | State | Address (number, street, and room or suite no., city, state, and ZIP code) |
|---|---|---|
| Beverly J. Wik, Esquire | DE | P.O. Box 25130, Wilmington, DE  19899 |

I declare that I am [ X ] attorney/ [ ] cert. public accountant/ [ ] enrolled agent (you must check the applicable box) for the executor & prepared this return for the executor. I am not under suspension or disbarment from practice before the IRS & am qualified to practice in the state shown above.

| Signature | CAF number 2605-19371R | Date 11/8/99 | Telephone number (302) 655-5000 |
|---|---|---|---|

**1** Death certificate number and issuing authority (attach a copy of the death certificate to this return).
State of Delaware Office of Vital Statistics

**2** Decedent's busn. or occupation. If retired, check here ▶ [ X ] and state decedent's former business or occupation.
Trash removal

**3** Marital status of the decedent at time of death:
[ ] Married
[ ] Widow or widower -- Name, SSN, and date of death of deceased spouse ▶ _____

[ ] Single
[ ] Legally separated
[ X ] Divorced -- Date divorce decree became final ▶ 08/13/84

| 4a Surviving spouse's name None | 4b Social security number | 4c Amount received (see page 6 of the Instructions) |
|---|---|---|

**5** Individuals (other than surviving spouse), trusts, or other estates who receive benefits from the estate (do not include charitable beneficiaries shown in Schedule O) (see inst.). For Privacy Act Notice (applicable to individual beneficiaries only), see the Instructions for Form 1040.

| Name of individual, trust, or estate receiving $5,000 or more | Identifying number | Relationship to decedent | Amount (see inst.) |
|---|---|---|---|
| Walter S. Bandurski, Jr. | | Son | 567,768.00 |
| Michael J. Bandurski | | Son | 566,891.00 |
| Donald W. Bandurski | | Grandson | 50,000.00 |
| Leeora R. Bandurski | | Granddaughter | 50,000.00 |
| Jennifer R. Bandurski | | Granddaughter | 50,000.00 |
| Cheryl A. Murphy | | Niece | 92,750.00 |

All unascertainable beneficiaries and those who receive less than $5,000 .................................... ▶ | | | 0.00

**Total** ..................................................................................................... | | | 1,377,409.00

| Please check the "Yes" or "No" box for each question. | Yes | No |
|---|---|---|
| **6** Does the gross estate contain any section 2044 property (qualified terminable interest property (QTIP) from a prior gift or estate) (see page 6 of the Instructions)? ................................................................ | | X |

(continued on next page)
CAA    8 70S2    NTF 16082
Copyright Forms Software Only, 1998 Nelco

Form 706 (Rev. 7-98)

## Part 4. -- General Information (continued)

Please check the "Yes" or "No" box for each question.

| | | Yes | No |
|---|---|---|---|
| 7a | Have Federal gift tax returns ever been filed? | | X |
| | If "Yes," please attach copies of the returns, if available, and furnish the following information: | | |
| 7b | Period(s) covered **7c** Internal Revenue office(s) where filed | | |

If you answer "Yes" to any of questions 8-16, you must attach additional information as described in the instructions.

| | | Yes | No |
|---|---|---|---|
| 8a | Was there any insurance on the decedent's life that is not included on the return as part of the gross estate? | | X |
| b | Did the decedent own any insurance on the life of another that is not included in the gross estate? | | X |
| 9 | Did the decedent at the time of death own any property as a joint tenant with right of survivorship in which (a) one or more of the other joint tenants was someone other than the decedent's spouse, and (b) less than the full value of the property is included on the return as part of the gross estate? If "Yes," you must complete and attach Schedule E | X | |
| 10 | Did the decedent, at the time of death, own any interest in a partnership or unincorporated business or any stock in an inactive or closely held corporation? | X | |
| 11 | Did the decedent make any transfer described in section 2035, 2036, 2037, or 2038 (see the instructions for Schedule G beginning on page 9 of the separate instructions)? If "Yes," you must complete and attach Schedule G | X | |
| 12 | Were there in existence at the time of the decedent's death: | | |
| a | Any trusts created by the decedent during his or her lifetime? | X | |
| b | Any trusts not created by the decedent under which the decedent possessed any power, beneficial interest, or trusteeship? | | X |
| 13 | Did the decedent ever possess, exercise, or release any general power of appointment? If "Yes," you must complete and attach Schedule H | | X |
| 14 | Was marital deduction computed under transitional rule of Public Law 97-34, sec. 403 (e)(3) (Economic Recovery Tax Act of 1981)? If "Yes," attach a separate computation of the marital deduction, enter the amount on item 20 of the Recapitulation, and note on item 20 "computation attached." | | X |
| 15 | Was the decedent, immediately before death, receiving an annuity described in the "General" paragraph of the instructions for Schedule I? If "Yes," you must complete and attach Schedule I | | X |
| 16 | Was the decedent ever the beneficiary of a trust for which a deduction was claimed by the estate of a pre-deceased spouse under section 2056(b)(7) and which is not reported on this return? If "Yes," attach an explanation | | X |

## Part 5. -- Recapitulation

| Item no. | Gross estate | Alternate value | Value at date of death |
|---|---|---|---|
| 1 | Schedule A -- Real Estate | 0.00 | 0.00 |
| 2 | Schedule B -- Stocks and Bonds | 89,930.00 | 91,849.00 |
| 3 | Schedule C -- Mortgages, Notes, and Cash | 95,604.00 | 95,604.00 |
| 4 | Schedule D -- Insurance on the Decedent's Life (attach Form(s) 712) | 877.00 | 877.00 |
| 5 | Schedule E -- Jointly Owned Property (attach Form(s) 712 for life insurance) | 17,750.00 | 17,750.00 |
| 6 | Schedule F -- Other Miscellaneous Property (attach Form(s) 712 for life insurance) | 63,305.00 | 63,305.00 |
| 7 | Schedule G -- Transfers During Decedent's Life (attach Form(s) 712 for life insurance) | 1,899,713.00 | 2,061,033.00 |
| 8 | Schedule H -- Powers of Appointment | 0.00 | 0.00 |
| 9 | Schedule I -- Annuities | 12,568.00 | 12,568.00 |
| 10 | Total gross estate (add items 1 through 9) | 2,179,747.00 | 2,342,986.00 |
| 11 | Schedule U -- Qualified Conservation Easement Exclusion | 0.00 | 0.00 |
| 12 | Total gross estate less exclusion (subtract item 11 from item 10). Enter here and on line 1 of the Tax Computation | 2,179,747.00 | 2,342,986.00 |

| Item no. | Deductions | Amount |
|---|---|---|
| 13 | Schedule J -- Funeral Expenses and Expenses Incurred in Administering Property Subject to Claims | 115,026.00 |
| 14 | Schedule K -- Debts of the Decedent | 122,537.00 |
| 15 | Schedule K -- Mortgages and Liens | 0.00 |
| 16 | Total of items 13 through 15 | 237,563.00 |
| 17 | Allowable amount of deductions from item 16 (see the instructions for item 17 of the Recapitulation) | 237,563.00 |
| 18 | Schedule L -- Net Losses During Administration | 0.00 |
| 19 | Schedule L -- Expenses Incurred in Administering Property Not Subject to Claims | 10,600.00 |
| 20 | Schedule M -- Bequests, etc., to Surviving Spouse | 0.00 |
| 21 | Schedule O -- Charitable, Public, and Similar Gifts and Bequests | 0.00 |
| 22 | Schedule T -- Qualified Family-Owned Business Interest Deduction | 0.00 |
| 23 | Total allowable deductions (add items 17 through 22). Enter here and on line 2 of the Tax Computation | 248,163.00 |

Form 706 (Rev. 7-98)

**Estate of:** Barbara A. Bandurski

## SCHEDULE A -- Real Estate

- For jointly owned property that must be disclosed on Schedule E, see the instructions for Schedule E.
- Real estate that is part of a sole proprietorship should be shown on Schedule F.
- Real estate that is included in the gross estate under section 2035, 2036, 2037, or 2038 should be shown on Schedule G.
- Real estate that is included in the gross estate under section 2041 should be shown on Schedule H.
- If you elect section 2032A valuation, you must complete Schedule A and Schedule A-1.

| Item no. | Description | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| 1 | None | 2/07/99 | 0.00 | 0.00 |
| | Total from continuation schedules or additional sheets attached to this schedule . . . . . . . | | 0.00 | 0.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 1.) . . . . . . . . . . . . . . . . . . . | | 0.00 | 0.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)
(See the instructions on page 5.)

CAA    8  70SA1    NTF 16083

Copyright Forms Software Only, 1998 Nelco

**Schedule A — Page 4**

Form 706 (Rev. 7-98)

**Estate of:** Barbara A. Bandurski

## SCHEDULE B -- Stocks and Bonds

(For jointly owned property that must be disclosed on Schedule E, see the instructions for Schedule E.)

| Item no. | Description including face amount of bonds or number of shares and par value where needed for identification. Give 9-digit CUSIP number. | | Unit value | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|---|---|
| | | CUSIP number | | | | |
| | See Schedule attached | | | | | |
| | Total from continuation schedules (or additional sheets) attached to this schedule .... | | | | 89,930.00 | 91,849.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 2.)................. | | | | 89,930.00 | 91,849.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(The instructions to Schedule B are in the separate instructions.)                              **Schedule B -- Page 12**

CAA    8 70SB1    NTF 16088
Copyright Forms Software Only, 1998 Nelco

Page 2

Estate of:  Barbara A. Bandurski

SCHEDULE B -- Stocks and Bonds

| Itm No. | Description | CUSIP Number | Unit Value | Alt. Val. Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|---|---|
| 1 | 1,108.198 shares MFS Total Return Class A cusip 552981300 | | | 2/07/99 | 16,191.00 | 18,097.00 |
| 2 | Walter S. Bandurski, Inc. final liquidation proceeds from 8/97 reorganization paid on 12/21/98 | | | 2/07/99 | 73,182.00 | 73,182.00 |
| 3 | Two Percent (2%) of common stock of BABS Real Estate, Inc., a DE corporation. No CUSIP Number.  See Exhibit 5 | N/A | 570.00 557.00 | 2/07/99 | 557.00 | 570.00 |

TOTAL.(Carry forward to main schedule) . . . . . .        89,930.00        91,849.00

Form 706 (Rev. 7-98)

**Estate of:** Barbara A. Bandurski

## SCHEDULE C -- Mortgages, Notes, and Cash

(For jointly owned property that must be disclosed on Schedule E, see the Instructions for Schedule E.)

| Item no. | Description | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| 1 | Wilmington Trust Company checking account #2402-5144 held jointly with Cheryl A. Murphy for convenience purposes only | 2/07/99 | 22,857.00 | 22,857.00 |
|  | accrued interest | 2/07/99 | 11.00 | 11.00 |
| 2 | Wilmington Trust Company savings account #9654-3735 | 2/07/99 | 3,998.00 | 3,998.00 |
|  | accrued interest | 2/07/99 | 8.00 | 8.00 |
| 3 | Wilmington Trust Company Premium money market account #1322-2851 | 2/07/99 | 68,383.00 | 68,383.00 |
|  | accrued interest | 2/07/99 | 347.00 | 347.00 |
|  | Total from continuation schedules (or additional sheets) attached to this schedule . . . . . |  | 0.00 | 0.00 |
|  | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 3.). . . . . . . . . . . . . . . . . |  | 95,604.00 | 95,604.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)
(See the Instructions on page 14.)                                                    **Schedule C — Page 13**
CAA    8  70SC1    NTF 18089
Copyright Forms Software Only, 1998 Nelco

Form 706 (Rev. 7-98)

**Estate of:** Barbara A. Bandurski

## SCHEDULE D — Insurance on the Decedent's Life

You must list all policies on the life of the decedent and attach a Form 712 for each policy.

| Item no. | Description | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| 1 | J.C. Penney Life Insurance Company policy #74LB0D668. Owner: Barbara A. Bandurski. Beneficiary: Walter S. Bandurski, Jr. Form 712 Attached as Exhibit 6 | 2/07/99 | 877.00 | 877.00 |
| 2 | John Hancock Mutual Life Insurance Policy 7272329  Owner: Walter S. Bandurski, Sr. Beneficiary: Michael J. Bandurski Proceeds of $1,077 payable as a result of decedent's death as rider to ex-husband's life insurance policy is not includible in decedent's estate.  Decedent had no incidents of ownership on the date of her death or during the three year period preceding her death.  This policy is reported for informational purposes only. As of the date of this filing, the proceeds of this policy have not been collected by the beneficiary of the policy and there is no Form 712 available. | 2/07/99 | 0.00 | 0.00 |
| | Total from continuation schedules (or additional sheets) attached to this schedule . . . . . | | 0.00 | 0.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 4.). . . . . . . . . . . . . . . . . | | 877.00 | 877.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(See the instructions on page 16.)

CAA    8  70SD1    NTF 16090

Copyright Forms Software Only, 1998 Nelco

**Schedule D — Page 15**

Form 706 (Rev. 7-98)

**Estate of:** Barbara A. Bandurski

## SCHEDULE E -- Jointly Owned Property
(If you elect section 2032A valuation, you must complete Schedule E and Schedule A-1.)

**PART 1. --** Qualified Joint Interests -- Interests Held by the Decedent and His or Her Spouse as the Only Joint Tenants
(Section 2040(b)(2))

| Item no. | Description. For securities, give CUSIP number. | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| | None | | | |
| | Total from continuation schedules (or additional sheets) attached to this schedule . . . . . | | 0.00 | 0.00 |
| 1a | Totals. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 | 0.00 |
| 1b | Amounts included in gross estate (one-half of line 1a) . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 | 0.00 |

**PART 2. --** All Other Joint Interests

**2a**  State the name and address of each surviving co-tenant. If there are more than three surviving co-tenants, list the additional co-tenants on an attached sheet.

| Name | Address (number and street, city, state, and ZIP code) |
|---|---|
| **A.**  Cheryl A. Murphy | 607 Taylor Avenue Linwood, PA  19061 |
| **B.**  Walter S. Bandurski, Ex-Husband, Deceased | c/o James P. Dalle Pazze, Esquire Herdeg, DuPont & Dalle Pazze |
| **C.** | 1201 Orange Street, Suite 500, Wilmington, DE 19801-1140 |

| Item no. | Enter letter for co-tenant | Description (including alternate valuation date if any) For securities, give CUSIP number. | Percentage includible | Includible alternate value | Includible value at date of death |
|---|---|---|---|---|---|
| | | See Schedule attached | | | |
| | | Total from continuation schedules (or additional sheets) attached to this schedule . . . . . | | 17,750.00 | 17,750.00 |
| **2b** | | Total other joint interests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 17,750.00 | 17,750.00 |
| **3** | | Total includible joint interests (add lines 1b and 2b). Also enter on Part 5, Recapitulation, page 3, at item 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 17,750.00 | 17,750.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(See the instructions on page 18.)

**Schedule E -- Page** 17

CAA    8  70SE1    NTF 16091
Copyright Forms Software Only, 1998 Nelco

Estate of:  Barbara A. Bandurski

SCHEDULE E, Part 2 -- All Other Joint Interests

| Itm No. | Cot. Let. | Description | CUSIP | Percent Includ. | Includible Alt. Value | Includ. Val. Date of Death |
|---|---|---|---|---|---|---|
| 1 | B | Real property and improvements located at 2630 Marsh Road, Brandywine Hundred, New Castle County, Delaware 19810; tax parcel #06024.00-138 restricted by terms of Settlement Agreement subsequent to 1984 divorce; Appraised value $159,000.00. Valuation attached as Exhibit 7 | | 50.0000% | 0.00 | 0.00 |
| 2 | B | 48 shares Kimberly-Clark Corporation common stock CUSIP #4368103; Stock certificates issued to ex-husband in 2/97 and 4/97 with no known contribution by decedent.  All dividends received by ex-husband and reported as his income only. Full value of stock passing to ex-husband as surviving joint tenant is being reported by Estate of Walter S. Bandurski, Sr. who died on August 26, 1998. | 494368103 | | 0.00 | 0.00 |
| 3 | A | 1995 Cadillac Deville D'Elegance sedan, leather interior, low mileage valued by N.A.D.A. Official Used Car Guide (August, 1998) | | 100.0000% | 17,750.00 | 17,750.00 |

TOTAL. (Carry forward to main schedule) . . . . .          17,750.00          17,750.00

Form 706 (Rev. 7-98)

**Estate of:** Barbara A. Bandurski

## SCHEDULE F -- Other Miscellaneous Property Not Reportable Under Any Other Schedule
(For jointly owned property that must be disclosed on Schedule E, see the Instructions for Schedule E.)
(If you elect section 2032A valuation, you must complete Schedule F and Schedule A-1.)

| | | Yes | No |
|---|---|---|---|
| 1 | Did the decedent at the time of death own any articles of artistic or collectible value in excess of $3,000 or any collections whose artistic or collectible value combined at date of death exceeded $10,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," submit full details on this schedule and attach appraisals. | | |
| 2 | Has the decedent's estate, spouse, or any other person, received (or will receive) any bonus or award as a result of the decedent's employment or death? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," submit full details on this schedule. | | |
| 3 | Did the decedent at the time of death have, or have access to, a safe deposit box?. . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | If "Yes," state location, and if held in joint names of decedent and another, state name and relationship of joint depositor. | | |

If any of the contents of the safe deposit box are omitted from the schedules in this return, explain fully why omitted.

| Item no. | Description For securities, give CUSIP number | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| 1 | Tangible personal property located at 2630 Marsh Road, Wilmington, Delaware 19810, valued per appraisal by Joseph Rudnick, a copy of which is attached as Exhibit 8. | 2/07/99 | 5,785.00 | 5,785.00 |
| 2 | Miscellaneous jewelry, valued per appraisal by Morris Jewelry, Inc., a copy of which is attached as Exhibit 9. | 2/07/99 | 1,890.00 | 1,890.00 |
| 3 | State of Delaware 1998 Income Tax Refund | 2/07/99 | 7,021.00 | 7,021.00 |
| 4 | Federal 1998 Income Tax Refund | 2/07/99 | 20,051.00 | 20,051.00 |
| 5 | Four B's Realty Company--25% interest in Delaware general partnership. See Valuation attached as Exhibit 10. | 2/07/99 | 0.00 | 0.00 |
| 6 | Lincoln Life IRA Contract # 96-9082507 Death claim processed 9/17/98; Proceeds split 50/50 between Michael J. Bandurski & Walter S. Bandurski, Jr. | 2/07/99 | 28,558.00 | 28,558.00 |
| | Total from continuation schedules (or additional sheets) attached to this schedule . . . . . . | | 0.00 | 0.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 6.) . . . . . . . . . . . . . . . . . | | 63,305.00 | 63,305.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)
(See the Instructions on Page 20.)

CAA    8  70SF1    NTF 16092

Copyright Forms Software Only, 1998 Nelco

**Schedule F — Page 19**

Form 706 (Rev. 7-98)

Estate of: Barbara A. Bandurski

## SCHEDULE G -- Transfers During Decedent's Life
(If you elect section 2032A valuation, you must complete Schedule G and Schedule A-1.)

| Item no. | Description For securities, give CUSIP number. | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| A. | Gift tax paid by the decedent or the estate for all gifts made by the decedent or his or her spouse within 3 years before the decedent's death (section 2035(b)). . . . . . . . . . . . . . . . . . . . . . . . . | X X X X | | |
| B. | Transfers includible under section 2035(a), 2036, 2037, or 2038: | | | |
| | See Schedule attached | | | |
| | Total from continuation schedules (or additional sheets) attached to this schedule . . . . | | 1,899,713.00 | 2,061,033.00 |
| | TOTAL. (Also enter on Part 5, Recapitulation, page 3, at item 7.) . . . . . . . . . . . . . . . | | 1,899,713.00 | 2,061,033.00 |

## SCHEDULE H -- Powers of Appointment
(Include "5 and 5 lapsing" powers (section 2041(b)(2)) held by the decedent.)
(If you elect section 2032A valuation, you must complete Schedule H and Schedule A-1.)

| Item no. | Description | Alternate valuation date | Alternate value | Value at date of death |
|---|---|---|---|---|
| | None | | | |
| | Total from continuation schedules (or additional sheets) attached to this schedule . . . . | | 0.00 | 0.00 |
| | TOTAL. (Also enter on Part 5, Recapitulation, page 3, at item 8.) . . . . . . . . . . . . . . . | | 0.00 | 0.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)
(The Instructions to Schedules G and H are in the separate instructions.)    **Schedules G and H — Page 21**

CAA    8  70SG1    NTF 16093
Copyright Forms Software Only, 1998 Nelco

Estate of:  Barbara A. Bandurski

### SCHEDULE G -- Transfers During Decedent's Life

| Item No. | Description | CUSIP | Alternate Val. Date | Alternate Value | Value at Date of Death |
|---|---|---|---|---|---|
| | Decedent created the Barbara A. Bandurski Revocable Trust by a Revocable Trust Agreement executed on January 29, 1998, a copy of which is attached as Exhibit 11. The decedent transferred the following assets to the trust during her lifetime: | | | | |
| 1 | Merrill Lynch account #753-18R62 See schedule attached.  Revocable Trust; 37,752 shares Waste Mgmt. Inc. New (no cash balance in acct as of date of death) | 94106L109 | 2/07/99 | 1,899,713.00 | 2,061,033.00 |

TOTAL. (Carry forward to main schedule) . . . . . .          1,899,713.00      2,061,033.00

ESTATE OF BARBARA A. BANDURSKI

DATE OF DEATH:  AUGUST 7, 1998

UNITED STATES ESTATE (AND GENERATION-SKIPPING TRANSFER) TAX RETURN
FORM 706

SCHEDULE G – TRANSFERS DURING DECEDENT'S LIFE

SCHEDULE OF SALE OF WASTE MANAGEMENT STOCK

ALTERNATE VALUATION DATE – FEBRUARY 7, 1999

| | | |
|---|---|---|
| Total Shares of Waste Management Stock as of 08/07/98 | | **37,752** |
| • 2,148 shares distributed to beneficiary on 9/14/98 at 48.594 per share | $104,379.91 | (2,148) |
| • 8000 shares sold on 9/15/98 at 46.562 per share | $372,496.00 | (8,000) |
| • 100 shares sold on 9/15/98 at 46.625 per share | $   4,662.50 | (  100) |
| Total value of shares sold prior to 02/07/99 Alternate Valuation Date | $   481,538.41 | 10,148 |
| Total value of 27,504 shares remaining on 02/07/99 at 51.56250 per share | $1,418,175.00 | **27,504** |
| | | |
| **Alternate Valuation Date Value** | $1,899,713.41 | |

Form 706 (Rev. 7-98)

**Estate of:**  Barbara A. Bandurski

# SCHEDULE I — Annuities

**Note:** Generally, no exclusion is allowed for the estates of decedents dying after December 31, 1984 (see page 13 of the Instructions).

| | Yes | No |
|---|---|---|
| A  Are you excluding from the decedent's gross estate the value of a lump-sum distribution described in section 2039(f)(2)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  If "Yes," you must attach the information required by the instructions. | | |

| Item no. | Description Show the entire value of the annuity before any exclusions. | Alternate valuation date | Includible alternate value | Includible value at date of death |
|---|---|---|---|---|
| 1 | Lincoln Life Non-Qualified Annuity Contract # 98-5965751; Death claim processed 9/17/98 proceeds split 50/50 between Michael J. Bandurski and Walter S. Bandurski, Jr. | 2/07/99 | 12,568.00 | 12,568.00 |
| | Total from continuation schedules (or additional sheets) attached to this schedule . . . . | | 0.00 | 0.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 9.) . . . . . . . . . . . . . . . . . | | 12,568.00 | 12,568.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

**Schedule I — Page 22**

(The instructions to Schedule I are in the separate instructions.)

CAA    8  70SI1    NTF 16094
Copyright Forms Software Only, 1998 Nelco

Form 706 (Rev. 7-98)

**Estate of:** Barbara A. Bandurski

## SCHEDULE J -- Funeral Expenses and Expenses Incurred in Administering Property Subject to Claims

**Note:** Do not list on this schedule expenses of administering property not subject to claims. For those expenses, see instructions for Schedule L

If executors' commissions, attorney fees, etc., are claimed and allowed as a deduction for estate tax purposes, they are not allowable as a deduction in computing the taxable income of the estate for Federal income tax purposes. They are allowable as an income tax deduction on Form 1041 if a waiver is filed to waive the deduction on Form 706 (see the Form 1041 instructions).

| Item no. | Description | Expense amount | Total amount |
|---|---|---|---|
| | **A.  Funeral expenses:** | | |
| | See Schedule attached | | |
| | Total funeral expenses | | 10,600.00 |
| | **B.  Administration expenses:** | | |
| 1 | Executors' commissions -- amount estimated/agreed upon/paid. (Strike out the words that do not apply.) | | 45,315.00 |
| 2 | Attorney fees -- amount estimated/agreed upon/paid. (Strike out the words that do not apply.) | | 35,000.00 |
| 3 | Accountant fees -- amount estimated/agreed upon/paid. (Strike out the words that do not apply.) | | 2,000.00 |
| | | Expense amount | |
| | Miscellaneous expenses: | | |
| | See Schedule attached | | |
| | Total miscellaneous expenses from continuation schedules (or additional sheets) attached to this schedule | 22,111.00 | |
| | Total miscellaneous expenses | | 22,111.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 13.) | | 115,026.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(See the instructions on page 24.)                                      **Schedule J — Page 23**

CAA    8  70SJ1    NTF 16095
Copyright Forms Software Only, 1998 Nelco

Estate of:  Barbara A. Bandurski

## SCHEDULE J, Part A -- Funeral Expenses

| Item No. | Description | Amount |
|---|---|---|
| 1 | Ward Funeral Home | 6,962.00 |
| 2 | Lawn Croft Cemetery footmarker | 1,150.00 |
| 3 | Meal of condolence--provided by church group (bakery items & grocery reimbursement) | 565.00 |
| 4 | Flowers | 498.00 |
| 5 | Lawn Croft Cemetery--grave opening fee | 725.00 |
| 6 | Thomas Murphy - Cemetery Plot | 700.00 |

TOTAL. (Carry forward to main schedule) . . . . . .          10,600.00

Page 2

Estate of:  Barbara A. Bandurski

## SCHEDULE J, Part B -- Administration Expenses

| Item No. | Description | Amount |
|---|---|---|
| 4 | The Bayard Firm--costs advanced (estimated) | 625.00 |
| 5 | Register of Wills--opening costs & filing fees | 102.00 |
| 6 | Register of Wills--estimated closing costs | 17.00 |
| 7 | Joseph Rudnick--appraisal | 200.00 |
| 8 | Cheryl Murphy, Executrix-costs advanced | 810.00 |
| 9 | Merrill Lynch Brokers commissions subsequent to death | 11,033.00 |
| 10 | Brown Appraisal Real Estate, Inc. fee for appraisal of real property owned by BABS, Inc. | 1,400.00 |
| 11 | Costs of clearing out decedent's home & moving tangible personal property (includes truck rental of $87.00) | 4,868.00 |
| 12 | Fiduciary Income Tax preparation (estimated)§ | 1,600.00 |
| 13 | Delaware Corp. Agency | 60.00 |
| 14 | Evaluation Services | 26.00 |
| 15 | Lorenz Associates - One Half Cost Appraisal | 250.00 |
| 16 | Appraisal Associates - One Half Appraisal | 188.00 |
| 17 | Morris Jewelers, Inc. - Appraisal | 265.00 |
| 18 | Postal Box Rental | 42.00 |
| 19 | WIK Associates, Inc.-One Half Cost Environmental Assesstment | 625.00 |

TOTAL. (Carry forward to main schedule) . . . . . .        22,111.00

Form 706 (Rev. 7–98)

**Estate of:** Barbara A. Bandurski

## SCHEDULE K –– Debts of the Decedent, and Mortgages and Liens

| Item no. | Debts of the Decedent –– Creditor and nature of claim, and allowable death taxes | Amount unpaid to date | Amount in contest | Amount claimed as a deduction |
|---|---|---|---|---|
| | See Schedule attached | | | |
| | Total from continuation schedules (or additional sheets) attached to this schedule......................... | | | 122,537.00 |
| | **TOTAL**. (Also enter on Part 5, Recapitulation, page 3, at item 14.) ................................... | | | 122,537.00 |

| Item no. | Mortgages and Liens –– Description | Amount |
|---|---|---|
| | None | |
| | Total from continuation schedules (or additional sheets) attached to this schedule......................... | 0.00 |
| | **TOTAL**. (Also enter on Part 5, Recapitulation, page 3, at item 15.) ................................... | 0.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)
(The Instructions to Schedule K are in the separate instructions.)

**Schedule K –– Page 25**

CAA    8  70SK1    NTF 16098
Copyright Forms Software Only, 1998 Nelco

Estate of:  Barbara A. Bandurski

SCHEDULE K, Part 1 -- Debts of the Decedent

| Item No. | Description | Amount unpaid to date | Amount in contest | Deduction amount |
|---|---|---|---|---|
| 1 | Second Quarter 1998 Estimated Federal Income Tax Payment | | | 5,000.00 |
| 2 | Second Quarter 1998 Estimated Delaware Income Tax Payment | | | 2,000.00 |
| 3 | Bell Atlantic | | | 48.00 |
| 4 | Bell Atlantic | | | 38.00 |
| 5 | United Water of Delaware | | | 71.00 |
| 6 | The Bayard Firm | | | 2,353.00 |
| 7 | Hurst Lawn Care | | | 60.00 |
| 8 | Bud Bostwick | | | 138.00 |
| 9 | Anesthesia Services | | | 60.00 |
| 10 | Internal Medicine Assoc. PA | | | 395.00 |
| 11 | Par Merica Newark | | | 421.00 |
| 12 | Cardiology Consultants PA | | | 422.00 |
| 13 | Foot & Ankle Assoc | | | 61.00 |
| 14 | Arbors at New Castle | | | 5,528.00 |
| 15 | William L. Jaffee MD | | | 316.00 |
| 16 | Infectious Disease Control | | | 269.00 |
| 17 | Cardiology Consultants PA | | | 516.00 |
| 18 | Foot and Ankle Associates | | | 50.00 |
| 19 | Endocrine Associates | | | 260.00 |
| 20 | Christiana Care Health Services | | | 2,871.00 |
| 21 | Doctors for Emergency Service | | | 397.00 |
| 22 | Nephrology Associates | | | 481.00 |

TOTAL.(Carry forward to main schedule) . . . . . .  21,755.00

Page 3

Estate of:  Barbara A. Bandurski

SCHEDULE K, Part 1 -- Debts of the Decedent

| Item No. | Description | Amount unpaid to date | Amount in contest | Deduction amount |
|---|---|---|---|---|
| 23 | American Medical Response | | | 225.00 |
| 24 | Third Quarter 1998 Estimated Federal Income Tax Payment | | | 5,000.00 |
| 25 | Third Quarter 1998 Estimated Delaware Income Tax Payment | | | 2,000.00 |
| 26 | Doctors for Emergency Service | | | 547.00 |
| 27 | Pulmonary Associates | | | 826.00 |
| 28 | Physiatris Associates PA | | | 13.00 |
| 29 | Vascular Surgery Associates | | | 52.00 |
| 30 | Physiatrist Associates | | | 43.00 |
| 31 | Christiana Medical Group | | | 345.00 |
| 32 | Infectious Disease Associates | | | 1,465.00 |
| 33 | Merrill Lynch Margin Loan Account No. 753-18R62 | | | 80,046.00 |
| 34 | Christiana Care Health Services | | | 4,762.00 |
| 35 | Lawall Resth Orth, Inc. | | | 1,237.00 |
| 36 | Legal fees for tax liability of former stockholders of Walter S. Bandurski, Inc.  See Exhibit 12 | | | 4,160.00 |
| 37 | U.S. Postmaster | | | 61.00 |

TOTAL. (Carry forward to main schedule) . . . . . .        100,782.00

Form 706 (Rev. 7–98)

**Estate of:**  Barbara A. Bandurski

## SCHEDULE L –– Net Losses During Administration and
## Expenses Incurred in Administering Property Not Subject to Claims

| Item no. | Net losses during administration<br>(Note: Do not deduct losses claimed on a Federal income tax return.) | Amount |
|---|---|---|
| 1 | None | 0.00 |
| | Total from continuation schedules (or additional sheets) attached to this schedule. . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 18.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |

| Item no. | Expenses incurred in administering property not subject to claims<br>(Indicate whether estimated, agreed upon, or paid.) | Amount |
|---|---|---|
| 1 | Trustee's fees for management of Revocable Trust prior to decedent's death | 10,600.00 |
| | Total from continuation schedules (or additional sheets) attached to this schedule. . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| | **TOTAL.** (Also enter on Part 5, Recapitulation, page 3, at item 19.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 10,600.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

**Schedule L — Page 26**                              (The instructions to Schedule L are in the separate instructions.)

CAA    8  70SL1    NTF 16097
Copyright Forms Software Only, 1998 Nelco

Form 706 (Rev. 7-98)

Estate of: Barbara A. Bandurski

# SCHEDULE M -- Bequests, etc., to Surviving Spouse

**Election To Deduct Qualified Terminable Interest Property Under Section 2056(b)(7).** -- If a trust (or other property) meets the requirements of qualified terminable interest property under section 2056(b)(7), and

    **a.** The trust or other property is listed on Schedule M, and

    **b.** The value of the trust (or other property) is entered in whole or in part as a deduction on Schedule M,

then unless the executor specifically identifies the trust (all or a fractional portion or percentage) or other property to be excluded from the election, the executor shall be deemed to have made an election to have such trust (or other property) treated as qualified terminable interest property under section 2056(b)(7).

    If less than the entire value of the trust (or other property) that the executor has included in the gross estate is entered as a deduction on Schedule M, the executor shall be considered to have made an election only as to a fraction of the trust (or other property). The numerator of this fraction is equal to the amount of the trust (or other property) deducted on Schedule M. The denominator is equal to the total value of the trust (or other property).

**Election To Deduct Qualified Domestic Trust Property Under Section 2056A.** -- If a trust meets the requirements of a qualified domestic trust under section 2056A(a) and this return is filed no later than 1 year after the time prescribed by law (including extensions) for filing the return, and

    **a.** The entire value of a trust or trust property is listed on Schedule M, and

    **b.** The entire value of the trust or trust property is entered as a deduction on Schedule M,

then unless the executor specifically identifies the trust to be excluded from the election, the executor shall be deemed to have made an election to have the entire trust treated as qualified domestic trust property.

| | | Yes | No |
|---|---|---|---|
| **1** | Did any property pass to the surviving spouse as a result of a qualified disclaimer? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | If "Yes," attach a copy of the written disclaimer required by section 2518(b). | | |
| **2a** | In what country was the surviving spouse born? _____ | | |
| **b** | What is the surviving spouse's date of birth? _____ | | |
| **c** | Is the surviving spouse a U.S. citizen? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **d** | If the surviving spouse is a naturalized citizen, when did the surviving spouse acquire citizenship? _____ | | |
| **e** | If the surviving spouse is not a U.S. citizen, of what country is the surviving spouse a citizen? _____ | | |
| **3** | **Election Out of QTIP Treatment of Annuities.** -- Do you elect under section 2056(b)(7)(C)(ii) **not** to treat as qualified terminable interest property any joint and survivor annuities that are included in the gross estate and would otherwise be treated as qualified terminable interest property under section 2056(b)(7)(C)? (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | | |

| Item no. | Description of property interests passing to surviving spouse | Amount |
|---|---|---|
| | None | |
| | Total from continuation schedules (or additional sheets) attached to this schedule . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| **4** | Total amount of property interests listed on Schedule M . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4** | 0.00 |

| | | | | |
|---|---|---|---|---|
| **5a** | Federal estate taxes payable out of property interests listed on Schedule M . . . . . . | **5a** | 0.00 | |
| **b** | Other death taxes payable out of property interests listed on Schedule M . . . . . . . . | **5b** | 0.00 | |
| **c** | Federal and state GST taxes payable out of property interests listed on Schedule M . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5c** | 0.00 | |
| **d** | Add items a, b, and c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5d** | | 0.00 |
| **6** | Net amount of property interests listed on Schedule M (subtract 5d from 4). Also enter on Part 5, Recapitulation, page 3, at item 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | 0.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(See the instructions on page 28.)

CAA    8 70SM1    NTF 16098

Copyright Forms Software Only, 1998 Nelco

**Schedule M — Page 27**

Form 706 (Rev. 7-98)

**Estate of:** Barbara A. Bandurski

## SCHEDULE O -- Charitable, Public, and Similar Gifts and Bequests

|  |  | Yes | No |
|---|---|---|---|
| **1a** | If the transfer was made by will, has any action been instituted to have interpreted or to contest the will or any of its provisions affecting the charitable deductions claimed in this schedule?...................................... If "Yes," full details must be submitted with this schedule. |  |  |
| **b** | According to the information and belief of the person or persons filing this return, is any such action planned? .............. If "Yes," full details must be submitted with this schedule. |  |  |
| **2** | Did any property pass to charity as the result of a qualified disclaimer?...................................................... If "Yes," attach a copy of the written disclaimer required by section 2518(b). |  |  |

| Item no. | Name and address of beneficiary | Character of institution | Amount |
|---|---|---|---|
|  | None |  |  |

| | | | |
|---|---|---|---|
| Total from continuation schedules (or additional sheets) attached to this schedule. .......................... | | | 0.00 |
| **3** Total. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | 0.00 |
| **4a** Federal estate tax payable out of property interests listed above . . . . . . . . | **4a** | 0.00 | |
| **b** Other death taxes payable out of property interests listed above . . . . . . . . | **4b** | 0.00 | |
| **c** Federal and state GST taxes payable out of property interests listed above. | **4c** | 0.00 | |
| **d** Add items a, b, and c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4d** | | 0.00 |
| **5** Net value of property interests listed above (subtract 4d from 3). Also enter on Part 5, Recapitulation, page 3, at item 21 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | | 0.00 |

(If more space is needed, attach the continuation schedule from the end of this package or additional sheets of the same size.)

(The instructions to Schedule O are in the separate instructions.)

Form 706 (Rev. 7-98)

**Estate of:** Barbara A. Bandurski

## SCHEDULE P –– Credit for Foreign Death Taxes

List all foreign countries to which death taxes have been paid and for which a credit is claimed on this return.

None

If a credit is claimed for death taxes paid to more than one foreign country, compute the credit for taxes paid to one country on this sheet and attach a separate copy of Schedule P for each of the other countries.

The credit computed on this sheet is for the _____

(Name of death tax or taxes)

_____ imposed in _____

(Name of country)

Credit is computed under the _____

(Insert title of treaty or "statute")

Citizenship (nationality) of decedent at time of death _____

(All amounts and values must be entered in United States money.)

| | | |
|---|---|---|
| 1 | Total of estate, inheritance, legacy, and succession taxes imposed in the country named above attributable to property situated in that country, subjected to these taxes, and included in the gross estate (as defined by statute) | |
| 2 | Value of the gross estate (adjusted, if necessary, according to the instructions for item 2)................... | |
| 3 | Value of property situated in that country, subjected to death taxes imposed in that country, and included in the gross estate (adjusted, if necessary, according to the instructions for item 3)............................. | |
| 4 | Tax imposed by section 2001 reduced by the total credits claimed under sections 2010, 2011, and 2012 (see inst.) | |
| 5 | Amount of Federal estate tax attributable to property specified at item 3. (Divide item 3 by item 2 and multiply the result by item 4)............................................................ | |
| 6 | Credit for death taxes imposed in the country named above (the smaller of item 1 or item 5). Also enter on line 18 of Part 2, Tax Computation................................................... | 0.00 |

## SCHEDULE Q –– Credit for Tax on Prior Transfers

## Part 1. –– Transferor Information

| | Name of transferor | Social security number | IRS office where estate tax return was filed | Date of death |
|---|---|---|---|---|
| **A** | None | | | |
| **B** | | | | |
| **C** | | | | |

Check here ▶ ☐   If section 2013(f) (special valuation of farm, etc., real property) adjustments to the computation of the credit were made (see page 16 of the instructions).

## Part 2. –– Computation of Credit (see instructions beginning on page 16)

| Item | Transferor | | | Total A, B, & C |
|---|---|---|---|---|
| | A | B | C | |
| 1 Transferee's tax as apportioned (from wksht., (line 7 ÷ line 8) x line 35 for each col.) | | | | |
| 2 Transferor's tax (from each column of worksheet, line 20)............... | | | | |
| 3 Maximum amount before percentage requirement (for each column, enter amount from line 1 or 2, whichever is smaller)... | | | | |
| 4 Percentage allowed (each column) (see inst.) | % | % | % | |
| 5 Credit allowable (line 3 x line 4 for each col.) | | | | |
| 6 TOTAL credit allowable (add columns A, B, and C of line 5). Enter here and on line 19 of Part 2, Tax Computation..... | | | | 0.00 |

**Schedules P and Q –– Page 32**    (The Instructions to Schedules P and Q are in the separate instructions.)

CAA    8  70SP1    NTF 16100
Copyright Forms Software Only, 1998 Nelco

Form 706 (Rev. 7-98)

# SCHEDULE R — Generation–Skipping Transfer Tax

**Note:** To avoid application of the deemed allocation rules, Form 706 and Schedule R should be filed to allocate the GST exemption to trusts that may later have taxable terminations or distributions under section 2612 even if the form is not required to be filed to report estate or GST tax.

The GST tax is imposed on taxable transfers of interests in property located **outside the United States** as well as property located inside the United States.

See instructions beginning on page 17.

**Part 1. —— GST Exemption Reconciliation (Section 2631) and Section 2652(a)(3) (Special QTIP) Election**

You no longer need to check a box to make a section 2652(a)(3) (special QTIP) election. If you list qualifying property in Part 1, line 9, below, you will be considered to have made this election. See page 19 of the separate instructions for details.

| | | |
|---|---|---|
| 1 Maximum allowable GST exemption | 1 | $1,000,000 |
| 2 Total GST exemption allocated by the decedent against decedent's lifetime transfers | 2 | 0.00 |
| 3 Total GST exemption allocated by the executor, using Form 709, against decedent's lifetime transfers | 3 | 0.00 |
| 4 GST exemption allocated on line 6 of Schedule R, Part 2 | 4 | 0.00 |
| 5 GST exemption allocated on line 6 of Schedule R, Part 3 | 5 | 150,000.00 |
| 6 Total GST exemption allocated on line 4 of Schedule(s) R-1 | 6 | 0.00 |
| 7 Total GST exemption allocated to intervivos transfers and direct skips (add lines 2-6) | 7 | 150,000.00 |
| 8 GST exemption available to allocate to trusts and section 2032A interests (subtract line 7 from line 1) | 8 | 850,000.00 |

9 Allocation of GST exemption to trusts (as defined for GST tax purposes):

| A Name of trust | B Trust's EIN (if any) | C GST exemption allocated on lines 2-6, above (see Inst.) | D Additional GST exemption allocated (see instructions) | E Trust's inclusion ratio (optional — see instructions) |
|---|---|---|---|---|
| | | | | |

| | | |
|---|---|---|
| 9D Total. May not exceed line 8, above | 9D | 0.00 |
| 10 GST exemption available to allocate to section 2032A interests received by individual beneficiaries (subtract line 9D from line 8). You must attach special use allocation schedule (see instructions) | 10 | |

(The instructions to Schedule R are in the separate instructions.)

CAA    8  70SR1    NTF 16101
Copyright Forms Software Only, 1996 Nelco

**Schedule R — Page 33**

Form 706 (Rev. 7–98)

**Estate of:**  Barbara A. Bandurski

**Part 2. ——** Direct Skips Where the Property Interests Transferred Bear the GST Tax on the Direct Skips

| Name of skip person | Description of property interest transferred | Estate tax value |
|---|---|---|
| None | | |

| | | | |
|---|---|---|---|
| 1 | Total estate tax values of all property interests listed above. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | 0.00 |
| 2 | Estate taxes, state death taxes, and other charges borne by the property interests listed above . . . . . . . . . . . | **2** | 0.00 |
| 3 | GST taxes borne by the property interests listed above but imposed on direct skips other than those shown on this Part 2 (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 0.00 |
| 4 | Total fixed taxes and other charges (add lines 2 and 3). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 0.00 |
| 5 | Total tentative maximum direct skips (subtract line 4 from line 1). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 0.00 |
| 6 | GST exemption allocated. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 0.00 |
| 7 | Subtract line 6 from line 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 0.00 |
| 8 | GST tax due (divide line 7 by 2.818182) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | 0.00 |
| 9 | Enter the amount from line 8 of Schedule R, Part 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | 0.00 |
| 10 | Total GST taxes payable by the estate (add lines 8 and 9). Enter here and on line 22 of the Tax Computation on page 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 0.00 |

**Schedule R — Page 34**

CAA    8  70SR2    NTF 16102
Copyright Forms Software Only, 1998 Nelco

Form 706 (Rev. 7-98)

**Estate of:**  Barbara A. Bandurski

**Part 3.** -- Direct Skips Where the Property Interests Transferred Do Not Bear the GST Tax on the Direct Skips

| Name of skip person | Description of property interest transferred | Estate tax value |
|---|---|---|
| Donald W. Bandurski | $50,000 cash distribution from Decedent's Revocable Trust U/A dated 01/29/98 per Article 2, Paragraph B. | 50,000.00 |
| Leeora R. Bandurski | $50,000 cash distribution from Decedent's Revocable Trust U/A dated 01/29/98 per Article 2, Paragraph B. | 50,000.00 |
| Jennifer R. Bandurski | $50,000 cash distribution from Decedent's Revocable Trust U/A dated 01/29/98 per Article 2, Paragraph B | 50,000.00 |

| | | | |
|---|---|---|---|
| 1 | Total estate tax values of all property interests listed above . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 150,000.00 |
| 2 | Estate taxes, state death taxes, and other charges borne by the property interests listed above . . . . . . . . . | 2 | 0.00 |
| 3 | GST taxes borne by the property interests listed above but imposed on direct skips other than those shown on this Part 3 (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 0.00 |
| 4 | Total fixed taxes and other charges (add lines 2 and 3). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 0.00 |
| 5 | Total tentative maximum direct skips (subtract line 4 from line 1) . . . . . . . . . . . . . . . . . . . . . . | 5 | 150,000.00 |
| 6 | GST exemption allocated. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 150,000.00 |
| 7 | Subtract line 6 from line 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 0.00 |
| 8 | GST tax due (multiply line 7 by .55). Enter here and on Schedule R, Part 2, line 9 . . . . . . . . . . . . . . . . . | 8 | 0.00 |

CAA    8  70SR3    NTF 16103

Copyright Forms Software Only, 1998 Nelco

**Schedule R — Page 35**

Form **2758**
(Rev. June 1998)
Department of the Treasury
Internal Revenue Service

## Application for Extension of Time To File
## Certain Excise, Income, Information, and Other Returns

▷ File a separate application for each return.

OMB No 1545-0148

| Please type or print. File the original and one copy by the due date for filing your return. See instructions. | Name BARBARA A. BANDURSKI | Employer identification number 51-6508398 |
|---|---|---|

Number, street, and room or suite no. or P.O. box no. If mail is not delivered to street address)

C/O CHERYL A. MURPHY, EXECUTRIX , 607 TAYLOR AVENUE

City, town or post office, state, and ZIP code  For a foreign address, see instructions.

LINWOOD PA 19061

**Note:** *Corporate income tax return filers must use Form 7004 to request an extension of time to file. Partnerships, REMICs, and trusts must use Form 8736 to request an extension of time to file Form 1065, 1066, or 1041.*

1  I request an extension of time until February 15, , 2000 , to file (check only one):

| | | |
|---|---|---|
| ☐ Form 706-GS(D) | ☐ Form 990-T (sec 401(a) or 408(a) trust) | ☐ Form 1120-ND (sec. 4951 taxes) | ☐ Form 8612 |
| ☐ Form 706-GS(T) | ☐ Form 990-T (trust other than above) | ☐ Form 3520-A | ☐ Form 8613 |
| ☐ Form 990 or 990-EZ | ☒ Form 1041 (estate) (see instructions) | ☐ Form 4720 | ☐ Form 8725 |
| ☐ Form 990-BL | ☐ Form 1041-A | ☐ Form 5227 | ☐ Form 8804 |
| ☐ Form 990-PF | ☐ Form 1042 | ☐ Form 6069 | ☐ Form 8831 |

If the organization does not have an office or place of business in the United States, check this box . . . . . . . . . . . . . . . . ▷ ☐

2a  For calendar year, , or other tax year beginning August 1 , 1998 and ending July 31, 1999 .

 b  If this tax year is for less than 12 months, check reason: ☐ Initial return  ☐ Final return  ☐ Change in accounting period

3  Has an extension of time to file been previously granted for this tax year? . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

4  State in detail why you need the extension Form 706 was filed on 11/08/99 and the Executrix needs
additional time to obtain complete information from the financial institutions regarding
allocation of the Estate's income for the decedent's year of death as of this time.

5a  If this form is for Form 706-GS(D), 706-GS(T), 990-BL, 990-PF, 990-T, 1041 (estate), 1042, 1120-ND, 4720, 6069, 8612, 8613, 8725, 8804, or 8831, enter the tentative tax, less any nonrefundable credits. See instructions. . . . . . . . . . . . . . . . . $ _____

 b  If this form is for Form 990-PF, 990-T, 1041 (estate), 1042, or 8804, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit . . . . . . . . . . . . . $ _____

 c  **Balance due.** Subtract line 5b from line 5a. Include your payment with this form, or deposit with FTD coupon if required. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

## Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and that I am authorized to prepare this form.

Signature ▷ *[signature]*   Title ▷ *Atty in fact for Executrix Cheryl A. Murphy per Form 2848*   Date ▷ 11/12/99

**FILE ORIGINAL AND ONE COPY.** The IRS will show below whether or not your application is approved and will return the copy.

## Notice to Applicant — To Be Completed by the IRS

☐ We **HAVE** approved your application. Please attach this form to your return.

☐ We **HAVE NOT** approved your application. However, we have granted a 10-day grade period from the later of the date shown below or the due date of your return (including any prior extensions). This grade period is considered to be a valid extension of time for elections otherwise required to be made on a timely return. Please attach this form to your return.

☐ We **HAVE NOT** approved your application. After considering the reasons stated in item 4, we cannot grant your request for an extension of time to file. We are not granting the 10-day grace period.

☐ We cannot consider your application because it was filed after the due date of the return for which an extension was requested.

☐ Other: _____

| Director | By: | Date |
|---|---|---|
| | | |

If you want a copy of this form to be returned to an address other than that shown above, please enter the address to which the copy should be sent.

| Please Type or Print | Name |
|---|---|
| | Number, street. and room or suite no. (or P.O. box no. If mail is not delivered to street address) |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions. |

For Paperwork Reduction Act Notice, see back of form.                     Form **2758** (Rev. 6-98)
ISA
STF FED4663F

OFFICE OF VITAL STATISTICS

CERTIFICATE OF DEATH
State of Delaware
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

LOCAL REG NO.

**DECEDENT**
1. DECEDENT'S NAME (FIRST, MIDDLE, LAST): Barbara Ann Bandurski
3. SEX: Female
4. SOCIAL SECURITY NO.: 
5a. AGE: 62
6. DATE OF BIRTH: August, 1936
7. DATE OF DEATH: March 3, 1998

9. PLACE OF DEATH: Christiana Hospital Health System
10a. HOSPITAL: Christiana Hospital Health System
10b. CITY, TOWN OR LOCATION OF DEATH: Newark
10c. COUNTY OF DEATH: New Castle

12. MARITAL STATUS: Divorced
13a. KIND OF BUSINESS/INDUSTRY: Trash
Owner-Trash Removal

14a. RESIDENCE - STATE: Delaware
14b. COUNTY: New Castle
14c. CITY, TOWN: Wilmington
STREET: 2630 Marsh Road

14d. INSIDE CITY LIMITS: No
14f. ZIP CODE: 19810
RACE: White

18. FATHER'S NAME: Roland Stephenson
19. MOTHER'S NAME: Mary Rodgers

**PARENTS**
**INFORMANT**
20a. INFORMANT'S NAME: Cheryl Murphy
20b. MAILING ADDRESS: 2207 Taylor Avenue, Linwood, Pa. 19061

**DISPOSITION**
21a. METHOD OF DISPOSITION: Burial
NAME OF CEMETERY: Lawn Croft Cemetery
LOCATION: Linwood, Pa.

22. SIGNATURE: John F. Yasik III
23. LICENSE NUMBER: K1000437
John F. Yasik

24. REGISTRAR'S SIGNATURE

**PRONOUNCING OFFICIAL**
CAUSE OF DEATH: David Compton, M.D.
AUG 12 1998
27. TIME OF DEATH: 08:15 PM
August, 1998

**CERTIFIER**
31. NAME AND ADDRESS: William Jaffee, M.D., 2 Lovering Ln., Hockessin, Delaware 1970
DATE SIGNED: 8-7-78

32a. WAS AN AUTOPSY PERFORMED: No
33b. MANNER OF DEATH: Natural

42. PART I:
IMMEDIATE CAUSE (A): Renal Failure

PART II OTHER SIGNIFICANT CONDITIONS:

REV. 8/98

ORIGINAL COPY—STATE

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Delaware Division of Public Health. Any alteration of this document is prohibited. Do not accept unless on security paper with the raised seal of the Office of Vital Statistics.

State Registrar

L0021



## CERTIFICATION OF VITAL RECORD

OFFICE OF VITAL STATISTICS

### CERTIFICATE OF DEATH
### State of Delaware (107)

DEPARTMENT OF HEALTH AND SOCIAL SERVICES

LOCAL REG NO.

STATE FILE NUMBER

**DECEDENT**

1. DECEDENT'S NAME (FIRST, MIDDLE, LAST): Barbara   Ann   Bandurski
2. SEX: female
3. DATE OF DEATH: August 7, 1998
4. SOCIAL SECURITY NO.
5A. AGE (YRS): 62
5B. UNDER 1 YEAR (MONTHS/DAYS)
5C. UNDER 1 DAY (HOURS/MINUTES)
6. DATE OF BIRTH: March 3, 1936
7. BIRTHPLACE: Chester, Pa

8. WAS DECEDENT EVER IN ARMED FORCES? YES ☐ NO ☒
9. HISPANIC/LATINO GIFT
10A. PLACE OF DEATH (CHECK ONLY ONE): HOSPITAL ☐ INPATIENT ☐ ER/OUTPATIENT ☐ DOA ☐ OTHER ☐
10B. FACILITY NAME: Christiana Hospital Health Care System
10C. CITY, TOWN, OR LOCATION OF DEATH: Newark
10D. COUNTY OF DEATH: New Castle

11. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY): Divorced
12. SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME): Unknown
13A. DECEDENT'S USUAL OCCUPATION: Owner-Trash Removal
13B. KIND OF BUSINESS/INDUSTRY: Trash

14A. RESIDENCE STATE: Delaware
14B. COUNTY: New Castle
14C. CITY, TOWN OR LOCATION: Wilmington
14D. STREET AND NUMBER: 2630 Marsh Road
14E. INSIDE CITY LIMITS? (YES OR NO): No
14F. ZIP CODE: 19810
15. WAS DECEDENT OF HISPANIC ORIGIN? (SPECIFY NO OR YES): ☒ No
16. RACE: White
17. DECEDENT'S EDUCATION: SECONDARY (0-12): 12

**PARENTS**

18. FATHER'S NAME (FIRST, MIDDLE, LAST): Roland Stephenson
19. MOTHER'S NAME (FIRST, MIDDLE, MAIDEN SURNAME): Mary Rodgers

**INFORMANT**

20A. INFORMANT'S NAME (TYPE/PRINT): Cheryl Murphy
20B. MAILING ADDRESS (STREET AND NUMBER OR RURAL ROUTE NUMBER, CITY OR TOWN, STATE, ZIP CODE): 607 Taylor Avenue, Linwood, Pa 19061

**DISPOSITION**

21A. METHOD OF DISPOSITION: BURIAL ☒ CREMATION ☐ REMOVAL FROM STATE ☐ DONATION ☐
21B. PLACE OF DISPOSITION (NAME OF CEMETERY, CREMATORY, OR OTHER PLACE): Lawn Croft Cemetery
21C. LOCATION (CITY OR TOWN, STATE): Linwood, Pa

22A. SIGNATURE: John F. Yas[k] III
22B. LICENSE NUMBER (OF LICENSEE): K1000437
23. NAME AND ADDRESS OF FACILITY: John F. Yas

24. REGISTRAR'S SIGNATURE
25. DATE FILED: AUG 12 1998

**PRONOUNCING OFFICIAL** (ITEMS 26 & C ONLY WHEN CERTIFYING PHYSICIAN IS NOT AVAILABLE AT TIME OF DEATH TO CERTIFY CAUSE OF DEATH)

26. (TO BE COMPLETED BY PHYSICIAN OR HOSPICE NURSE WHO PRONOUNCES DEATH)

27. TIME OF DEATH: 08:15   ☒ AM ☐ PM
28. DATE PRONOUNCED DEAD: August 7, 1998
 c. NAME OF PRONOUNCING OFFICIAL: David Compton, M.D.

**CERTIFIER**

30A. CERTIFIER (CHECK ONLY ONE): ☒ CERTIFYING PHYSICIAN — To the best of my knowledge, death occurred due to the cause(s) and manner as stated.

31. SIGNATURE AND TITLE OF CERTIFIER
32. DATE SIGNED: 8-7-98

34. NAME AND ADDRESS OF CERTIFIER (TYPE/PRINT): William Jaffee, M.D., 26 Loveville Rd, Hockessin, Delaware 19707

32A. WAS AN AUTOPSY PERFORMED? ☐ YES ☒ NO
33. MANNER OF DEATH: ☒ NATURAL ☐ ACCIDENT ☐ SUICIDE ☐ HOMICIDE ☐ PENDING INVESTIGATION ☐

41. PART I DO NOT ENTER THE MODE OF DYING SUCH AS CARDIAC OR RESPIRATORY ARREST, SHOCK, OR HEART FAILURE. LIST ONLY ONE CAUSE PER LINE.

IMMEDIATE CAUSE (a): Renal Failure

DUE TO (b):

DUE TO (c):

DUE TO (d):

PART II OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO CAUSE OF DEATH

REV 6/96

ORIGINAL COPY—STATE

This is to certify that this is a true and correct reproduction, or abstract, of the official record filed with the Delaware Division of Public Health.

Any alteration of this document is prohibited. Do not accept unless security panel with the raised seal of the Office of Vital Statistics.

State Registrar

L00230

