AO 440 (Del Rev. 10/01) Summons in a Civil Action

# United States District Court

District of __DELAWARE__

ESTATE OF BARBARA A. BANDURSKI,

    Plaintiff,

v.

THE INTERNAL REVENUE SERVICE,

    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-291

TO:
The Internal Revenue Service
Colm F. Connolly
United States Attorney's Office
District of Delaware
P.O. Box 2046
Wilmington, Delaware 19899

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Internal Revenue Service
844 King Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cheryl Siskin, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

5-13-05
DATE

587494v1

# AFFIDAVIT OF SERVICE

Court: **UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE**
Case No.: **05-291**

Plaintiff/Petitioner: **ESTATE OF BARBARA A. BANDURSKI**
vs.
Defendant/Respondent: **THE INTERNAL REVENUE SERVICE**

Received by D.M. Professional Services, Inc. to be served upon:

COLM F. CONNOLLY, UNITED STATES ATTORNEY

ss.

I, RONALD F. LENNON, depose and say that:

On **05/23/2005** at **10:10 AM**, I served the within **SUMMONS AND COMPLAINT** on **COLM F. CONNOLLY, UNITED STATES ATTORNEY** at **1201 N. MARKET ST, WILMINGTON, DE** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to: MRS. BRYANT, AUTHORIZED TO ACCEPT SERVICE a person of suitable age and discretion.

Description of person served:
**Sex: FEMALE – Age: 60 – Skin: WHITE – Hair: GRAY – Height: 5'9 – Weight: 150 LBS**

I declare under perjury that the information contained herein is true and correct that this affidavit was executed on this ___ day of _____, 20__.

x _____
RONALD F. LENNON - Cert/Appt#:
D.M. Professional Services, Inc.
5 Orchard Lane
Wilmington, DE 19809-1719
(800) 966-3624
Law Firm: CHERYL SISKIN, ESQ. THE BAYARD FIRM
Atty File#: 05-291

SUBSCRIBED AND SWORN TO BEFORE ME
A NOTARY PUBLIC THIS

___ day of _____, 20__
WITNESS MY HAND AND OFFICIAL SEAL TO

_____
NOTARY PUBLIC