AO 440 (Del Rev 10/01) Summons in a Civil Action

# United States District Court

District of      **DELAWARE**

ESTATE OF BARBARA A. BANDURSKI,

       Plaintiff,

   v.

THE INTERNAL REVENUE SERVICE,

       Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: ~~05-291~~

TO:
     The Internal Revenue Service
     Colm F. Connolly
     United States Attorney's Office
     District of Delaware
     P.O. Box 2046
     Wilmington, Delaware 19899

     Attorney General
     U.S. Department of Justice
     950 Pennsylvania Avenue, NW
     Washington, DC 20530-0001

Internal Revenue Service
844 King Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cheryl Siskin, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
302-655-5000 (phone)
302-658-6395 (fax)

an answer to the complaint which is hereby served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. An answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_____
(By) DEPUTY CLERK

5-12-05

DATE

587494v1

## CERTIFICATE OF SERVICE

I, Cheryl Siskin, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made by:

☐    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

**XX    Certified Mail Service -- By sending the process by certified mail addressed to the following:**

> Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, D.C. 20530-0001

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____,

as follows: [Describe briefly]
     (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

May 31, 2005

_____
Cheryl Siskin (No. 3437)

589234v1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave,
N.W
Washington DC
2 0530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Ernest L. Locke_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
MAY 4 3 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 3.95 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.00 |

7004 2510 0001 0424 5780

Sent To
Atty General US Dept of Justice
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave, NW
City, State, ZIP+4 Washington DC 20530-0001

PS Form 3800, June 2002        See Reverse for Instructions