IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-291 (GMS) |
| ) | |
| THE INTERNAL REVENUE SERVICE ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF JENNIFER L. VOZNE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jennifer L. Vozne, Esquire, to represent the defendant in this action.

COLM F. CONNOLLY
United States Attorney

By: Ellen W. Slights
Delaware Bar I.D. No. 2782
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

Dated: 7/21, 2005.

**IT IS HEREBY ORDERED** counsel's motion for admission pro hac vice is granted.

_____
United States District Court Judge

DATED:

706502.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE INTERNAL REVENUE SERVICE  )<br>)<br>Defendant.  ) | Civil No. 05-291 (GMS) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                                                  JENNIFER L. VOZNE
                                                                  Florida Bar No. 0605557
                                                                  Trial Attorney, Tax Division
                                                                  U.S. Department of Justice
                                                                  P.O. Box 227
                                                                  Ben Franklin Station
                                                                  Washington, DC 20044
                                                                  (202) 307-6555

Dated: July 20, 2005.

706512.1

## AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on July 21, 2005, I electronically filed the foregoing with the Clerk of Court using ECF which will send notification of such filing(s) to the following:

Cheryl Siskin, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
bankserve@bayardfirm.com

*Kathie Gray*
Kathie Gray
Office of the United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899
(302) 573-6277
kathie.gray@usdoj.gov