IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI, ) ) ) | C.A. No. 05-291 |
| ) | |
| Plaintiff, ) ) | JURY TRIAL DEMANDED |
| ) | |
| v. ) ) | |
| THE INTERNAL REVENUE SERVICE, ) ) ) | |
| Defendant. ) | |

## STIPULATED MOTION TO SUBSTITUTE THE UNITED STATES OF AMERICA FOR THE INTERNAL REVENUE SERVICE

The estate of Barbara A. Bandurski (the "Estate"), by and through its counsel, The Bayard Firm, files this stipulated motion to substitute the United States of America for the Internal Revenue Service as the Defendant (the "Motion") and offer the following:

1. The Estate erroneously listed the Internal Revenue Service as the defendant when the United States of America should have been listed as the defendant in this matter.

2. Counsel for the United States have been consulted and consent to the relief being sought in this Motion.

3. The parties request that the caption of case be revised to reflect the United States of America as the defendant.

1346111.1

WHEREFORE, the parties request that this Motion be granted and the caption revised.


THE BAYARD FIRM

*/s/ Cheryl Siskin*                              */s/ Gerald A. Role*

Cheryl Siskin (No. 3437)                      Gerald A. Role
222 Delaware Avenue, Suite 900         Jennifer L. Vozne
P.O. Box 25130                                   Trial Attorneys, Tax Division
Wilmington, DE  19899                       U.S. Department of Justice
302-655-5000                                     P.O. Box 227 Ben Franklin Station
                                                         Washington, DC  20044
                                                         202-307-0461
                                                         202-307-6555


SO ORDERED this _____ day of _____, 2005.

600035v1                                            2