## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-cv-291 GMS |
| | ) | |
| UNITED STATES OF AMERICA , | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, Cheryl Siskin, hereby certify that on the 19th day of October, 2005 a copy of **Plaintiff's Rule 26(a) Initial Disclosures** was served via facsimile and First Class Mail on the party listed below.

Gerald A. Role, Esquire
Jennifer L. Vozne, Esquire
United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044

THE BAYARD FIRM

Cheryl Siskin (No. 3437)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899