## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 05-291 (GMS) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the United States of America's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were served on October 20, 2005, by placing a true and correct copy in the United States mail, postage prepaid addressed to: Cheryl Siskin, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, Post Office Box 25130, Wilmington, Delaware 19899, and by faxing a copy to Ms. Siskin at (302) 658-6395.

Dated: October 20, 2005.

    /s/ Gerald A. Role
GERALD A. ROLE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Phone: (202) 307-0461
Fax: (202) 514-6866

1387814.1