IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-291-GMS |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |
| ESTATE OF WALTER S. BANDURSKI, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-651-GMS |
| UNITED STATES OF AMERICA, | : | CONSOLIDATED CASES |
| Defendant. | : | |

**ORDER**

At Wilmington this **9th** day of **January, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, January 25, 2006 at 10:00 a.m.** with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

                                                  /s/ Mary Pat Thynge
                                                  UNITED STATES MAGISTRATE JUDGE