IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI,<br><br>     Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | C.A. No. 05-291 (GMS)<br><br>CONSOLIDATED CASES. |
| ESTATE OF WALTER S. BANDURSKI,<br><br>     Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | C.A. No. 05-651 (GMS) |

**PLAINTIFF WALTER S. BANDURSKI'S RULE 26(a) INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 16, and Local Rule 16.2(b) the parties offer the following:

Plaintiff, Estate of Walter S. Bandurski (the "Plaintiff") in the above-captioned proceeding, by counsel, provides the following information pursuant to Fed. R. Civ. P. 26(a)(1).

PRELIMINARY STATEMENT

The responses contained herein are made on the basis of information known to the Plaintiff at this time and are made without waiving any objections or admitting the relevance or materiality of any of the information submitted. Plaintiff's investigation, discovery and preparation for trial are continuing and all responses are given without prejudice to Plaintiff's

right to supplement these initial disclosures with facts or information subsequently discovered, pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

## DISCLOSURES REQUIRED BY RULE 26(a)(1)(A)

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff sets forth as its initial disclosures the following names, addresses and telephone numbers for each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment or rebuttal purposes, and identifying the subjects on which each party has knowledge of discoverable evidence:

1. Name:     Michael Bandurski
   Address:  578 Smyrna Landing Road
             Smyrna, DE 19977

   Phone #:  (302) 653-4867

   Subject:  Mr. Bandurski is the son of the decedent and a former owner of Walter Bandurski Inc. ("WBI") and a present owner of Bandurski, Inc. Mr. Bandurski was familiar with the operations and record keeping of WBI; and has a general knowledge of information known to Walter Bandurski around his date of death ("DOD"). Mr. Bandurski also has some limited information related to WBI's participation in the class action litigation that resulted in the post-death payment to the decedent.

2. Name:     Walter Bandurski, Jr.

   Address:  294 High Range Road
             Londonderry NH 03053

   Phone #:

   Subject:  Mr. Bandurski is the son of the decedent. He has general knowledge of information known to Walter Bandurski around his DOD

3. Name:     James Dalle Pazze, Esquire

   Address:  Herdeg du Pont & Dalle Pazze, LLP
             1201 Orange Street
             Wilmington, DE 19801-1140

    Phone #:  302-655-6500

    Subject:  Mr. Dalle Pazze was counsel for WBI and represented it during the stock for assets sale of WBI to a third party. Mr. Dalle Pazze also represented Walter Bandurski, and represents the Estate of Walter Bandurski and was a trustee for a trust established by Walter Bandurski.

  4. Name:  Susan Brooks

    Address: 2630 Marsh Road
        Wilmington, DE 19810

    Phone #:  (302) 475-8478

    Subject:  Ms. Brooks was the bookkeeper for WBI and was records custodian for the business records of WBI through its dissolution, and was also the executrix of Mr. Bandurski's estate and is a trustee of his trust.

  5. Name:  Rick Etskovitz, CPA

    Address: Shechtman, Marks, Devor and Etskovitz, P.C.
        2000 Market Street
        Suite 500
        Philadelphia, PA 19103

    Phone #:  215-496-9200

    Subject:  Mr. Etskovitz prepared the valuation report that supported Plaintiffs claim for refund.

  6. Name:  David Staats, Esquire

    Address: Law Offices of David Staats, P.A.
        1-11 Centre Road, Suite 402
        Wilmington, DE 19805

    Phone #:  302-633-4336

    Subject:  Mr. Staats was local counsel for the plaintiffs in the class action lawsuit styled as *Sylvester Jenifer, T/A Vernon's Home Improvements v. Delaware Solid Waste Authority*, C.A. Nos. 98-270, 98-565.MMS. Mr. Staats has knowledge about the litigation that lead to the class action settlement and likely also knows which of the other attorneys involved in that case may have information reasonably calculated to lead to the discovery of admissible evidence in this case.

  7. All persons listed on Defendant's Rule 26 disclosures.

## DISCLOSURES REQUIRED BY RULE 26(a)(1)(B)

Pursuant to Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure, Plaintiff sets forth as its initial disclosures the following description by category of documents, data compilations, and tangible things that may be in the possession, custody or control of Plaintiff and that Plaintiff may use to support its claims or defenses, unless solely for impeachment purposes. The documents in Plaintiff's possession, custody or control include all documents that related to the estate's tax returns and request for a refund, including the valuation report prepared by Mr. Etskovitz mentioned above. Other documents relevant to this litigation may be in the possession of the individual referenced above or other third parties.

## DISCLOSURES REQUIRED BY RULE 26(a)(1)(C)

Pursuant to Rule 26(a)(1)(C) of the Federal Rules of Civil Procedure, Plaintiff sets forth as its initial disclosures the following computation of any category of damages claimed by Plaintiff, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

1.  Plaintiff has sought damages in this action in the form of a refund of taxes paid. The documents relevant to that claim are already provided to the Defendant in connection with Plaintiff's refund application.

2.  If this case is resolved in Plaintiff's favor, Plaintiff will also provide an accounting of costs and attorney's fees to support Plaintiff's claim for a deduction of such expenses from the Estate.

## DISCLOSURES REQUIRED BY RULE 26(a)(1)(D)

FRCP 26(a)(1)(D) is not applicable in this matter.

                PRICKETT, JONES & ELLIOTT, P.A.

                /s/ Mason E. Turner

                BY:  MASON E. TURNER (DE BAR ID #661)
                1310 KING STREET
                P.O. BOX 1328
                WILMINGTON, DELAWARE 198991328
                (302) 888-6508
                ATTORNEYS FOR PLAINTIFF

Dated:  January 10, 2006.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | C.A. No. 05-291 (GMS)<br><br>CONSOLIDATED CASES. |
| ESTATE OF WALTER S. BANDURSKI,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | C.A. No. 05-651 (GMS) |

**CERTIFICATE OF SERVICE OF**
**PLAINTIFF WALTER S. BANDURSKI'S RULE 26(a) INITIAL DISCLOSURES**

　　　I HEREBY CERTIFY, that on January 10th A.D. 2006, I electronically filed Plaintiff Walter S. Bandurski's Rule 26(a) Initial Disclosures, together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

GERALD A. ROLE, ESQ.
DISTRICT OF COLUMBIA BAR NO. 415274
TRIAL ATTORNEY, TAX DIVISION
U. S. DEPARTMENT OF JUSTICE
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C.  20044
TELE:  (202) 307-0461

JENNIFER L. VOZNE, ESQ.
FLORIDA BAR NO. 0605557
TRIAL ATTORNEY, TAX DIVISION
U. S. DEPARTMENT OF JUSTICE
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
TELE: (202) 307-6555


COLM F. CONNOLLY, ESQ.
ELLEN W. SLIGHTS, ESQ.
THE NEMOURS BLDG.
1007 ORANGE ST. #700
P.O. BOX 2046
WILMINGTON, DE 19899-2046


     I HEREBY CERTIFY that on _____, A.D. 2006, I have mailed by United States Postal Service the documents to the following non-registered participants:

(None)

                                   PRICKETT, JONES & ELLIOTT, P.A.

                                   _/s/ Mason E. Turner, Jr._
                                   BY: MASON E. TURNER, JR., No. 661
                                   1310 KING STREET
                                   P.O. BOX 1328
                                   WILMINGTON, DE 19899-1328
                                   (302) 888-6508
                                   ATTORNEY FOR DEFENDANTS
                                   BAYHEALTH MEDICAL CENTER, INC.
                                   DELMARVA EMERGENCY PHYSICIANS, LLP
                                   AND RONALD I. LEBMAN, M.D.
                                   E-Mail: METurner@prickett.com

Dated: January 10, 2006.