IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | |
| Plaintiff, | C.A. No. 05-291 (GMS) |
| v. | |
| UNITED STATES OF AMERICA, | CONSOLIDATED CASES. |
| Defendant. | |
| | |
| ESTATE OF WALTER S. BANDURSKI, | |
| Plaintiff, | C.A. No. 05-651 (GMS) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**NOTICE OF SERVICE**

I, Cheryl Siskin, hereby certify that on 2nd day of February, 2006, I caused a copy of *Plaintiffs' First Set of Interrogatories Directed to Defendant* and *Plaintiffs' First Set of Request for Production of Documents Directed to Defendant* to be served upon the parties listed below via Facsimile and U.S. First Class Mail:

Gerald A. Role, Esquire
Jennifer L. Vozne, Esquire
United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044

THE BAYARD FIRM

/s/ Cheryl Siskin
Cheryl Siskin (No. 3437)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

Attorney for Plaintiff
Estate of Barbara A. Bandurski