IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI, <br><br>                Plaintiff, <br>v. <br><br>UNITED STATES OF AMERICA, <br><br>                Defendant. | C.A. No. 05-291 (GMS) <br><br>CONSOLIDATED CASES. |
| ESTATE OF WALTER S. BANDURSKI, <br><br>                Plaintiff, <br>v. <br><br>UNITED STATES OF AMERICA, <br><br>                Defendant. | C.A. No. 05-651 (GMS) |

**NOTICE OF SERVICE OF**
**PLAINTIFF WALTER S. BANDURSKI'S FIRST SET OF**
**REQUEST FOR ADMISSIONS TO DEFENDANT**

I, Mason E. Turner, Jr., hereby certify that on February 28, 2006 I caused a copy of Plaintiff Walter S. Bandurski's First Set of Request for Admissions to Defendant to be served upon the parties listed below via U. S. First Class Mail:

Gerald A. Role, Esquire
Jennifer L. Vozne, Esq.
United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044

                                PRICKETT, JONES & ELLIOTT, P.A.

                                /s/ Mason E. Turner

BY: MASON E. TURNER (DE BAR ID #661)
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DELAWARE 198991328
(302) 888-6508
ATTORNEYS FOR PLAINTIFF
ESTATE OF WALTER S. BANDURSKI

cc:    Cheryl Siskin, Esq.
        THE BAYARD FIRM
        222 Delaware Ave., Suite 900
        P.O. Box 25130
        Wilmington, DE 19899-5130