### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-291 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| -------------------------------------------------------- | ) | |
| ESTATE OF WALTER S. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-651 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | Consolidated Cases |

**UNITED STATES' MOTION TO EXTEND DISCOVERY DEADLINE**

The United States respectfully requests a 90-day extension of the discovery deadline or up to and including August 10, 2006.

This consolidated action consists of two estates seeking a refund of allegedly erroneously assessed federal estate taxes. The parties were given up to and including May 12, 2006 to complete discovery. (See Am. Scheduling Order.) Plaintiffs served defendant with requests for admission, interrogatories, and requests for production of documents. Similarly, defendant served plaintiffs with interrogatories and requests for production of documents. The parties still need to take depositions. The parties were awaiting receipt of responses to the written discovery prior to scheduling depositions.

The parties discussed and agreed in principle to an extension of the discovery deadline, but did not discuss the number of days needed. The United States circulated a stipulation to

extend the deadline, but was unable to secure consent from counsel for the Estate of Barbara Bandurski. The United States did secure consent from counsel for the Estate of Walter Bandurski. Thus, the United States submits this motion requesting an extension of the discovery deadline by 90 days or up to and including August 10, 2006.

The United States asserts that this extension will not have an adverse delay on this case. The next deadline is the dispositive motion deadline of May 26, 2006. The United States may still file a motion for partial summary judgment, but does not request an extension of the May 26 deadline. The next scheduling event is the September 14, 2006 mediation conference. Thus, an extension of the discovery deadline will not affect any other deadline in the amended scheduling order.

Pursuant to Local Rule 16.5, undersigned counsel certifies that the client consents to this extension. A proposed order accompanies this request.

DATED: May 12, 2006.                                    Respectfully submitted,

                                                        COLM F. CONNOLLY
                                                        United States Attorney

                                                        ELLEN W. SLIGHTS
                                                        Assistant U.S. Attorney

                                                        /s/ Jennifer L. Vozne
                                                        GERALD A. ROLE
                                                        JENNIFER L. VOZNE
                                                        Trial Attorneys, Tax Division
                                                        U.S. Department of Justice
                                                        P.O. Box 227
                                                        Ben Franklin Station
                                                        Washington, DC 20044
                                                        (202) 307-0461/307-6555

                                                        *Attorneys for Defendant*