## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-291 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| --------------------------------------------------------- | ) | |
| ESTATE OF WALTER S. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-651 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | Consolidated Cases |

### ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINE

This matter is before the Court on the United States' motion to extend the discovery deadline. Having considered the motion, any opposition thereto, and the entire record of this case, the Court finds that the motion ought to be and is GRANTED. It is

ORDERED that the parties have up to and including August 10, 2006 to complete discovery;

ORDERED that all other deadlines in the Amended Scheduling Order remain in effect; and it is further

ORDERED that the Clerk distribute copies of this Order to the parties listed below.

1697980.1

DONE this _____ day of _____, 2006 at Wilmington, DE.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Cheryl Siskin, The Bayard Firm, *Counsel for the Estate of Barbara Bandurski*

Mason E. Turner, Jr., Prickett, Jones & Elliott, P.A., *Counsel for the Estate of Walter Bandurski*

Gerald A. Role & Jennifer L. Vozne, U.S. Department of Justice, Tax Division,
   *Counsel for the United States*