IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-291 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| -------------------------------------------------------- | ) | |
| ESTATE OF WALTER S. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-651 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | Consolidated Cases |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO EXTEND DISCOVERY DEADLINE was caused to be served this 12th day of May, 2006, by maling a copy thereof via First Class mail, postage prepaid, to:

Cheryl Siskin, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801

Mason E. Turner, Jr., Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE

1697987.1