# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-291 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| ------------------------------------------------- | ) | |
| ESTATE OF WALTER S. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-651 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | Consolidated Cases |

## UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF ESTATE OF BARBARA A. BANDURSKI

Defendant United States of America, through undersigned counsel and pursuant to Fed. R. Civ. P. 56, respectfully moves this court for partial judgment in its favor and against plaintiff Estate of Barbara Bandurski.

As grounds for its motion, defendant asserts that portions of the Estate of Barbara Bandurski's refund claims are barred by operation of the statute of limitations. These grounds are set forth in greater detail in the accompanying brief.

DATED: May 26, 2006.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

1697928.1

ELLEN W. SLIGHTS
Assistant U.S. Attorney

/s/ Gerald A. Role
GERALD A. ROLE
JENNIFER L. VOZNE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
(202) 307-0461/307-6555

*Attorneys for Defendant*

1697928.1