United States  of America

**Department of the Treasury
Internal Revenue Service**

Date: JUN 0 3 2005

**CERTIFICATE OF OFFICIAL RECORD**

I certify that the annexed: is a BMF MCC Transcript-BMF Literal, captioned Barbara A. Bandurski Estate, Cheryl A. Murphy, ▇▇▇-6250V, c/o Cheryl A. Murphy, 607 Taylor Ave., Linwood, PA 19061-4051-076, consisting of 2 pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*[signature]*

R.L. Commerson
Disclosure Officer

Catalog Number 19002E        *U.S. GPO: 1997-417-690/61741        Form **2866** (Rev. 09-97)

GOVERNMENT'S EXHIBIT 1

```
000985

PAGE NO-0001

                        *BMF MCC TRANSCRIPT-BMF LITERAL*            EMP NO 69-411-53782
                                                                          AAC DSMITH
  ACCOUNT NO     ████-6250V              06-02-2005
  NAME CONT- BAND                        CYCLE-200522
************************************************************************************
FOR-6941153782 BY-6941153782 ON-06022005 TYP-X-52
TIME-14:17 SRC-I    AAC DSMITH              PROCESSED ON-153
                                            REQUESTED TAX MODULE FOUND ON MF
```

```
PAGE NO-0001                                          IRS EMPLOYEE 6941153782
DATE REQUESTED 06-02-2005                             PRINT DATE 06-02-2005
FORM NUMBER: 706                                      TAX PERIOD:        0000
                TAXPAYER IDENTIFICATION NUMBER:  ███-6250V

    BARBARA A BANDURSKI ESTATE
    CHERYL A MURPHY
    % CHERYL A MURPHY
    607 TAYLOR AVE
    LINWOOD              PA 19061-4051-076        BODC-SB BODCLC-V

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

     ACCOUNT BALANCE:         0.00
     ACCRUED INTEREST:        0.00   AS OF 10-04-2004
     ACCRUED PENALTY:         0.00   AS OF 10-04-2004

     ACCOUNT BALANCE
         PLUS ACCRUALS:       0.00


  TAX PER TAXPAYER:      453,289.00

11-08-1999 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
12-20-1999 PROCESSING DATE

                              TRANSACTIONS
                                                        MONEY AMOUNT
CODE          EXPLANATION                   DATE        (IF APPLICABLE)
 150 RETURN FILED AND TAX ASSESSED       12-20-1999
     28506-324-01000-9                                     453,289.00
 670 SUBSEQUENT PAYMENT                  05-07-1999        590,000.00-
 460 EXTENSION OF TIME TO FILE           06-08-1999
     EXT. DATE   11-07-1999
 960 RECEIVED POA/TIA                    11-08-1999
 846 REFUND                              12-20-1999        136,711.00
 300 ADDITIONAL TAX ASSESSED BY EXAMINATION 07-15-2002      78,389.51
     17547-578-00108-2   200227
 336 INTEREST ASSESSED                   07-15-2002         17,312.27
     200227
 670 SUBSEQUENT PAYMENT                  08-05-2002         95,701.78-
 290 CLAIM DISALLOWED                    10-04-2004
     17554-660-98000-4                                           0.00
```