IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-291 (GMS) |
| | ) | |
| v. | ) | CONSOLIDATED CASES |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| ESTATE OF WALTER S. BANDURSKI, | ) | |
| | ) | C.A. No. 05-651 (GMS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**SUBSTITUTION OF COUNSEL**

PLEASE SUBSTITUTE the name of Sheriden T. Black, Esquire, of Gollatz, Griffin & Ewing, P.C. as counsel of record on behalf of Plaintiff Estate of Barbara A. Bandurski, and withdraw the name of Cheryl Siskin, Esquire of The Bayard Firm, in connection with the above-captioned case.

**GOLLATZ, GRIFFIN & EWING, P.C.**          **THE BAYARD FIRM**

  /s/  Sheriden T. Black                                 /s/ Cheryl Siskin
Sheriden T. Black, Esq. (No. 4382)          Cheryl Siskin, Esq. (No. 3437)
1700 West 14th Street                              222 Delaware Avenue, Suite 900
Wilmington, Delaware 19806                  P.O. Box 25130
Phone: (302) 655-8181                             Wilmington, Delaware 19899
                                                                   Phone: (302) 655-5000

*Attorneys for Estate of Barbara A. Bandurski*

Date:   May 30, 2006.

## **CERTIFICATE OF SERVICE**

I, Sheriden T. Black, Esquire, hereby certify that on May 30, 2006, a true and correct copy of the Substitution of Counsel, substituting Sheriden T. Black, Esquire for Cheryl Siskin, Esquire, as counsel for Estate of Barbara A. Bandurski was served on all counsel of record, via CM/ECF.

      /s/ Sheriden T. Black
Sheriden T. Black, Esquire (No. 4382)