IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI,<br><br>                    Plaintiff,<br>         v.<br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | C.A. No. 05-291 (GMS)<br><br>CONSOLIDATED CASES. |
| ESTATE OF WALTER S. BANDURSKI,<br><br>                    Plaintiff,<br>         v.<br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | C.A. No. 05-651 (GMS) |

### NOTICE OF SERVICE OF
### PLAINTIFF WALTER S. BANDURSKI'S ANSWERS
### TO DEFENDANT USA'S FIRST SET OF INTERROGATORIES
### AND RESPONSES TO DEFENDANT USA'S FIRST SET OF REQUEST FOR
### PRODUCTION OF DOCUMENTS

I, Mason E. Turner, Jr., hereby certify that on June 6, 2006 I caused a copy of Plaintiff Walter S. Bandurski's Answers to Defendant USA's First Set of Interrogatories and Response to Defendant USA's First Set of Request for Production of Documents to be served upon the parties listed below via U. S. First Class Mail:

Gerald A. Role, Esquire
Jennifer L. Vozne, Esq.
United States Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C.  20044

Colm F. Connolly, Esq.
Ellen W. Slights, Esq.
The Nemours Bldg.
1007 Orange St. #700
P.O. Box 2046
Wilmington, DE 19899-2046

Sheriden Talley Black, Esq. (DE Bar ID #4382)
GOLLATZ GRIFFIN & EWING, P.C.
1700 West 14th St.
Wilmington, DE 19806-4012
sblack@ggelaw.com
Attorney for Plaintiff
Estate of Barbara A. Bandurski

                                PRICKETT, JONES & ELLIOTT, P.A.

                                BY: MASON E. TURNER (DE BAR ID #661)
                                1310 KING STREET
                                P.O. BOX 1328
                                WILMINGTON, DELAWARE 19899-1328
                                (302) 888-6508
                                METURNER@PRICKETT.COM
                                ATTORNEYS FOR PLAINTIFF
                                ESTATE OF WALTER S. BANDURSKI