IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-291 (GMS) |
| | ) | |
| v. | ) | CONSOLIDATED CASES |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ESTATE OF WALTER S. BANDURSKI, | ) | |
| | ) | C.A. No. 05-651 (GMS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFF ESTATE OF BARBARA A. BANDURSKI TO FILE ITS ANSWERING BRIEF TO THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff estate of Barbara A. Bandurski (the "Estate") respectfully requests a 32-day extension of time up to and including July 14, 2006 to file its answering brief to the United States' Motion for Partial Summary Judgment. In support of this motion the Estate states as follows:

The Complaint in this case was filed on May 13, 2005. On May 15, 2006, this Court granted the United States' motion to extend the discovery deadline up to and including August

10, 2006. On May 26, 2006, the United States filed the Motion for Partial Summary Judgment that is the subject of this motion. On May 30, 2006, the Estate's current counsel Sheriden T. Black of Gollatz, Griffin & Ewing, P.C., substituted her appearance for that of Cheryl Siskin, Esquire due to Ms. Siskin's leaving the private practice of law.

Because Ms. Black has only recently entered her appearance, she is in need of additional time to become familiar with the facts and law relevant to this case and the current motion. The Estate asserts that this extension will not have an adverse delay on this case, as the next deadline is the August 10, 2006 discovery deadline and the next scheduled event is the September 14, 2006 mediation conference. The Estate has contacted counsel for the United States and secured the United States' consent to this motion requesting an extension of time.

WHEREFORE, the Estate requests that this Motion be granted and the Estate be given up to and including July 14, 2006 to file its answering brief to the United States' Motion for Summary Judgment.

Dated: June 9, 2006

GOLLATZ, GRIFFIN & EWING, P.C.

/s/ Sheriden T. Black
Sheriden T. Black, Esquire (No. 4382)
1700 West 14th Street
Wilmington, DE 19806
302-655-8181

/s/ Gerald A. Role
Gerald A. Role
Jennifer L. Vozne
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227 Ben Franklin Station
Washington, DC 20044
202-307-0461
202-307-6555

SO ORDERED this _____ day of _____, 2006.

## CERTIFICATE OF SERVICE

I, Sheriden T. Black, Esquire, hereby certify that on June 9, 2006, a true and correct copy of **Stipulated Motion to Extend Time for Plaintiff Estate of Barbara A. Bandurski to File its Answering Brief to the United States' Motion for Partial Summary Judgment** was served on all counsel of record, via CM/ECF.

/s/ Sheriden T. Black
Sheriden T. Black, Esquire (No. 4382)