# THE BAYARD FIRM
## ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS
(302) 429-4213
bwik@bayardfirm.com

June 12, 2002

**BY FAX AND FIRST CLASS MAIL**

Mertie L. Mills, (Attorney) Estate Tax
Badge No. 51-00240
Department of the Treasury
Internal Revenue Service
Estate Tax
409 Silverside Road
Wilmington, DE 19809

Re: Estate of Barbara A. Bandurski
Social Security No. 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
Date of Death: August 7, 1998
Form 890/Declaration

Dear Ms. Mills:

Enclosed is Form 890 executed by Cheryl Murphy, Executrix of the Estate, and a Declaration with respect to Commissions and Fees executed by Ms. Murphy as Executrix and myself as attorney for the Estate. The Attorney Fees and Executrix's Commissions shown on your report of Estate Tax Examination Changes reflect those incurred by the Estate to date, but will increase in the future when the Estate secures an appraisal of the class action settlement received by the Estate from the Delaware Solid Waste Authority. The Estate will take such additional fees and commissions when it files a claim for the refund after it secures such appraisal.

Very truly yours,

Beverly J. Wik /lck

BJW/lck
22629-4
Enclosures
cc: Cheryl L. Murphy, Executrix/Trustee (w/o enclosures)
Cheryl Siskin, Esquire (w/o enclosures)

| Form 890 (Rev. Oct. 1988) | Department of the Treasury - Internal Revenue Service<br>**Waiver of Restrictions on Assessment and Collection of Deficiency and Acceptance of Overassessment -- Estate, Gift, and Generation-Skipping Transfer Tax**<br>(Please see the instructions on the second page of this form) | Date Received by Internal Revenue Service |
|---|---|---|

### Part 1. Consent to Assessment and Acceptance of Overassessment

I consent to the immediate assessment and collection of any deficiencies (increase in tax and penalties) and accept any overassessment (decrease in tax and penalties) shown below, plus any interest provided by law. I understand that by my signing this waiver, a petition to the United States Tax Court may not be made, unless additional deficiencies are determined.

Date of Death or Period Ending    8/ 7/1998

| Item | Increase | Decrease |
|---|---|---|
| Tax | 78,389.51 | |
| Penalty | | |
| Total | 78,389.51 | |

If the estate is required to file with the Area Director of Internal Revenue evidence of payment of estate, inheritance, legacy, succession, or generation-skipping transfer taxes to any State or the District of Columbia, I understand that such evidence must be filed by _____, or the credits for these taxes will not be allowed. I also agree to the assessment and collection of the increase in estate tax and penalties of _____ based on the disallowed credits, plus interest figured to the 30th day after _____ or until this increase is assessed, whichever is earlier.

Estate of   Barbara A. Bandurski

| Executor or Administrator | Sign Here: *[signature]*<br>Address: Beverly J. Wik, Esquire as attorney in fact per Form 2848, for Cheryl A. Murphy, Executrix<br>5768 North DuPont Parkway<br>Smyrna, DE  19977 | Date: 6/19/02 |
|---|---|---|
| Executor or Administrator | Sign Here:<br>Address: | Date: |
| Donor | Name: | Address: |
| Donor's Signature | Sign Here: | Date: |

Form 890 (Rev. 10-88) (CG)