## CERTIFICATE OF SERVICE

I, Sheriden T. Black, Esquire, hereby certify that on July 14, 2006, a true and correct copy of **Brief of Plaintiff Estate of Barbara A. Bandurski In Opposition to the Motion for Summary Judgement of Defendant United States** was served on all counsel of record, via CM/ECF.

                                                    /s/ Sheriden T. Black
                                                    Sheriden T. Black, Esquire (No. 4382)