IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI,<br><br>             Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | C.A. No. 05-291 (GMS)<br><br>CONSOLIDATED CASES. |
| ESTATE OF WALTER S. BANDURSKI,<br><br>             Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | C.A. No. 05-651 (GMS) |

<u>**NOTICE OF DEPOSITION OF MERTIE MILLS, M.D.**</u>
<u>**FOR AUGUST 7, 2006 AT 10:00 A.M.**</u>

TO:
GERALD A. ROLE, ESQ.
DISTRICT OF COLUMBIA BAR NO. 415274
TRIAL ATTORNEY, TAX DIVISION
U. S. DEPARTMENT OF JUSTICE
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

JENNIFER L. VOZNE, ESQ.
FLORIDA BAR NO. 0605557
TRIAL ATTORNEY, TAX DIVISION
U. S. DEPARTMENT OF JUSTICE
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

COLM F. CONNOLLY, ESQ.
ELLEN W. SLIGHTS, ESQ.
THE NEMOURS BLDG.
1007 ORANGE ST. #700
P.O. BOX 2046
WILMINGTON, DE 19899-2046

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of MERTIE MILLS on <u>Monday, August 7, 2006 at 10:00 a.m.</u> at the office of the Internal Revenue Service, 407 Silverside Road, Room 101, Wilmington, DE 19809.

PRICKETT, JONES & ELLIOTT, P.A.

*[signature]* 201 for

BY: MASON E. TURNER, JR., No. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE 19899-1328
(302) 888-6508
ATTORNEY FOR DEFENDANTS
BAYHEALTH MEDICAL CENTER, INC.
DELMARVA EMERGENCY PHYSICIANS, LLP
AND RONALD I. LEBMAN, M.D.
E-Mail: METurner@prickett.com

Dated: July 20, 2006.

cc:   Ms. Nancy Bloom, Court Reporter

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI,<br><br>     Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | C.A. No. 05-291 (GMS)<br><br>CONSOLIDATED CASES. |
| ESTATE OF WALTER S. BANDURSKI,<br><br>     Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | C.A. No. 05-651 (GMS) |

**CERTIFICATE OF SERVICE OF**
**NOTICE OF DEPOSITION OF MERTIE MILS**

  I HEREBY CERTIFY, that on July 20 A.D. 2006, I electronically filed Plaintiff Walter S. Bandurski's Notice of Deposition of Mertie Mills, together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

GERALD A. ROLE, ESQ.
DISTRICT OF COLUMBIA BAR NO. 415274
TRIAL ATTORNEY, TAX DIVISION
U. S. DEPARTMENT OF JUSTICE
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
TELE: (202) 307-0461

JENNIFER L. VOZNE, ESQ.
FLORIDA BAR NO. 0605557
TRIAL ATTORNEY, TAX DIVISION
U. S. DEPARTMENT OF JUSTICE
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
TELE: (202) 307-6555


COLM F. CONNOLLY, ESQ.
ELLEN W. SLIGHTS, ESQ.
THE NEMOURS BLDG.
1007 ORANGE ST. #700
P.O. BOX 2046
WILMINGTON, DE 19899-2046


     I HEREBY CERTIFY that on ___July 20___, A.D. 2006, I have mailed by United States Postal Service the documents to the following non-registered participants:

(None)

                                    PRICKETT, JONES & ELLIOTT, P.A.

                                    _____
                                    BY: MASON E. TURNER, JR., No. 661
                                    1310 KING STREET
                                    P.O. BOX 1328
                                    WILMINGTON, DE 19899-1328
                                    (302) 888-6508
                                    ATTORNEY FOR DEFENDANTS
                                    BAYHEALTH MEDICAL CENTER, INC.
                                    DELMARVA EMERGENCY PHYSICIANS, LLP
                                    AND RONALD I. LEBMAN, M.D.
                                    E-Mail: METurner@prickett.com

Dated: July 20, 2006.