## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-291 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| ------------------------------------------------------- | ) | |
| ESTATE OF WALTER S. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-651 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | Consolidated Cases |

## NOTICE OF FED. R. CIV. P. 30(b)(6) DEPOSITION
## OF ESTATE OF BARBARA A. BANDURSKI

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, the United States will

appear at the offices of Gollatz, Griffin & Ewing, PC, 1700 W. 14th Street, Wilmington,

Delaware, on Wednesday, August 9, 2006, at 10:00 am, to take the deposition of a person or

persons designated by the estate of Barbara A. Bandurski who are knowledgeable and competent

to testify regarding the following subjects:

1.      When the estate became aware of the class action lawsuits identified in paragraphs

        21 and 22 of the complaint filed by the estate of Barbara A. Bandurski;

2.      How the estate became aware of the class action lawsuits identified in paragraphs

        21 and 22 of the complaint filed by the estate of Barbara A. Bandurski;

3.      Who became aware of the class action lawsuits identified in paragraphs 21 and 22

of the complaint filed by the estate of Barbara A. Bandurski;

4.      How the determination was made to include/not include the proceeds received by

the estate from the class action lawsuits;

5.      Who determined the value of the class action lawsuit should be less than a dollar

as asserted in paragraph 5 of the complaint filed by the estate of Barbara A.

Bandurski; and

6.      Whether the estate claimed its share of the class action lawsuit proceeds as

income in the year it was received on an income tax return filed with the IRS or

the state of Delaware.

The deposition will be recorded stenographically before an officer authorized to

administer oaths and take testimony pursuant to Fed. R. Civ. P. 28.

DATED: July 31, 2006.                          COLM F. CONNOLLY
                                               United States Attorney

                                               ELLEN W. SLIGHTS
                                               Assistant U.S. Attorney

                                               /s/ Jennifer L. Vozne
                                               GERALD A. ROLE
                                               JENNIFER L. VOZNE
                                               Trial Attorneys, Tax Division
                                               U.S. Department of Justice
                                               P.O. Box 227
                                               Ben Franklin Station
                                               Washington, DC 20044
                                               (202) 307-0461/307-6555

                                               *Attorneys for the United States*

1836968.1

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing NOTICE OF FED. R. CIV. P. 30(b)(6) DEPOSITION OF ESTATE OF BARBARA A. BANDURSKI was caused to be served this 31st day of July, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

Mason E. Turner, Jr., Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328,

    and

Sheriden T. Black
Gollatz, Griffin & Ewing, PC
1700 W. 14th Street
Wilmington, DE 19806

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE

1836968.1