IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-291 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| -------------------------------------------------------- | ) | |
| ESTATE OF WALTER S. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-651 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | Consolidated Cases |

## NOTICE OF FED. R. CIV. P. 30 DEPOSITION
## OF MICHAEL BANDURSKI

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, the United States will appear at the offices of the U.S. Attorney, Nemours Building, 1007 N. Orange Street, Wilmington, Delaware, on Thursday, August 10, 2006, at 10:00 am, to take the deposition of Michael Bandurski.  The deposition will be recorded stenographically before an officer authorized to administer oaths and take testimony pursuant to Fed. R. Civ. P. 28.

//

//

//

//

//

| | |
|---|---|
| DATED: July 31, 2006. | COLM F. CONNOLLY<br>United States Attorney<br><br>ELLEN W. SLIGHTS<br>Assistant U.S. Attorney<br><br>/s/ Jennifer L. Vozne<br>GERALD A. ROLE<br>JENNIFER L. VOZNE<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>P.O. Box 227<br>Ben Franklin Station<br>Washington, DC 20044<br>(202) 307-0461/307-6555<br><br>*Attorneys for the United States* |

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing NOTICE OF FED. R. CIV. P. 30 DEPOSITION OF MICHAEL BANDURSKI was caused to be served this 31st day of July, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

Mason E. Turner, Jr., Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328,

   and

Sheriden T. Black
Gollatz, Griffin & Ewing, PC
1700 W. 14th Street
Wilmington, DE 19806

                                                            /s/ Jennifer L. Vozne
                                                            JENNIFER L. VOZNE