## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-291 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| -------------------------------------------------------- | ) | |
| ESTATE OF WALTER S. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-651 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | Consolidated Cases |

### NOTICE OF FED. R. CIV. P. 30(b)(6) DEPOSITION
### OF ESTATE OF WALTER S. BANDURSKI

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, the United States will appear at the offices of Prickett, Jones & Elliott, 1310 King Street, Wilmington, Delaware, on Tuesday, August 8, 2006, at 10:00 am, to take the deposition of a person or persons designated by the estate of Walter S. Bandurski who are knowledgeable and competent to testify regarding the following subjects:

1. When the estate became aware of the class action lawsuits identified in paragraph 21 of the complaint filed by the estate of Walter S. Bandurski;

2. How the estate became aware of the class action lawsuits identified in paragraph 21 of the complaint filed by the estate of Walter S. Bandurski;

3.  Who became aware of the class action lawsuits identified in paragraph 21 of the complaint filed by the estate of Walter S. Bandurski;

4.  How the determination was made to include/not include the proceeds received by the estate from the class action lawsuits;

5.  Who determined the value of the class action lawsuit should be less than a dollar as asserted in paragraph 5 of the complaint filed by the estate of Walter S. Bandurski; and

6.  Whether the estate claimed its share of the class action lawsuit proceeds as income in the year it was received on an income tax return filed with the IRS or the state of Delaware.

The deposition will be recorded stenographically before an officer authorized to administer oaths and take testimony pursuant to Fed. R. Civ. P. 28.

DATED: July 31, 2006.

COLM F. CONNOLLY
United States Attorney

ELLEN W. SLIGHTS
Assistant U.S. Attorney

/s/ Jennifer L. Vozne
GERALD A. ROLE
JENNIFER L. VOZNE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
(202) 307-0461/307-6555

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing NOTICE OF FED. R. CIV. P. 30(b)(6) DEPOSITION OF ESTATE OF WALTER S. BADURSKI was caused to be served this 31st day of July, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

Mason E. Turner, Jr., Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328,

   and

Sheriden T. Black
Gollatz, Griffin & Ewing, PC
1700 W. 14th Street
Wilmington, DE 19806

                                              /s/ Jennifer L. Vozne
                                              JENNIFER L. VOZNE