IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-291 (GMS) |
| | ) | |
| v. | ) | CONSOLIDATED CASES |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| ESTATE OF WALTER S. BANDURSKI, | ) | |
| | ) | C.A. No. 05-651 (GMS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

I, Sheriden T. Black, hereby certify that on the 7th day of August, 2006, I caused a copy of

**Plaintiff Estate of Barbara A. Bandurski's Answers To Defendant United States' First Set**

**of Interrogatories** and **Plaintiff Estate of Barbara A. Bandurski's Responses To Defendant**

**United States' First Set of Requests for Documents** to be served upon the parties listed below

via hand delivery:

| | |
|---|---|
| Mason E. Turner, Esquire | Gerald A. Role, Esquire |
| Prickett, Jones & Elliott, P.A. | Jennifer L. Vozne, Esquire |
| 1310 King Street | U.S. Department of Justice |
| P.O. Box 1328 | Tax Division, P.O. Box 227 |
| Wilmington, DE 19899 | Ben Franklin Station |
| | Washington, DC 20044 |

**GOLLATZ, GRIFFIN & EWING, P.C.**

By:  Sheriden T. Black (#4382)
1700 West 14th Street
Wilmington, DE 19806
(302) 655-8181
sblack@ggelaw.com

*Attorneys for Plaintiff, Estate of Barbara A. Bandurski*