IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI,<br><br>                        Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                        Defendant. | C.A. No. 05-291 (GMS)<br><br>CONSOLIDATED CASES. |
| ESTATE OF WALTER S. BANDURSKI,<br>                        Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                        Defendant. | C.A. No. 05-651 (GMS) |

## SUPPLEMENTAL RULE 26(a) DISCLOSURES OF ESTATE OF WALTER S. BANDURSKI

PURSUANT to Federal Rule of Civil Procedure 16 and Local Rule 16.2(b), plaintiff, Estate of Walter S. Bandurski, supplements its initial Rule 26(a) disclosures based upon information discovered during the course of this litigation.

Disclosure required by Rule 26(a)(1)(A):

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiff supplements its initial disclosure by identifying the additional potential witness in this matter as follows:

       Name:                             F. Michael Parkowski, Esq.
       Address:                      PARKOWSKI GUERKE & SWAYZE, P.A.
                                           116 West Water St.
                                           P.O. Box 598
                                           Dover, DE 19903-0598
                                           Telephone: 302-678-3262

Subject:                Mr. Parkowski was the attorney for the defendant, Delaware Solid Waste Authority in the underlying litigation which led to a monetary recovery by the plaintiff estates which is the subject matter of this lawsuit. Mr. Parkowski is prepared to testify concerning the status of the underlying lawsuit as of the dates of death in August, 1998 and the significant uncertainty that existed at that time that any recovery would be effected.

Disclosure Required by Rule 26(a)(1)(B):

Pursuant to Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure, plaintiff supplements its initial disclosure by identifying as potentially relevant documents those documents produced by the defendant in this litigation on August 7, 2006, they being filings in the underlying court action in Civil Actions No. 98-270-MMS and 98-565-MMS (Consolidated).

This disclosure is being made at this time because it was only upon receipt and subsequent review of defendant's production on August 7, 2006 that plaintiffs became aware of the involvement of Mr. Parkowski and the relevance of the underlying documents.

                               PRICKETT, JONES & ELLIOTT, P.A.

                               _____
                               BY: MASON E. TURNER, JR., No. 661
                               1310 KING STREET
                               P.O. BOX 1328
                               WILMINGTON, DE 19899-1328
                               (302) 888-6508
                               ATTORNEY FOR PLAINTIFF
                               ESTATE OF WALTER S. BANDURSKI
                               E-Mail: METurner@prickett.com

Dated: August 31, 2006.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | C.A. No. 05-291 (GMS)<br><br>CONSOLIDATED CASES. |
| ESTATE OF WALTER S. BANDURSKI,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | C.A. No. 05-651 (GMS) |

CERTIFICATE OF SERVICE OF
SUPPLEMENTAL RULE 26(a) DISCLOSURES OF
<u>ESTATE OF WALTER S. BANDURSKI</u>

  I HEREBY CERTIFY, that on August __31__ A.D. 2006, I electronically filed Plaintiff Estate of Walter S. Bandurski's Supplemental Rule 26(a) Disclosures, together with Certificate of Service, with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

GERALD A. ROLE, ESQ.
DISTRICT OF COLUMBIA BAR NO. 415274
TRIAL ATTORNEY, TAX DIVISION
U. S. DEPARTMENT OF JUSTICE
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
TELE: (202) 307-0461

JENNIFER L. VOZNE, ESQ.
FLORIDA BAR NO. 0605557
TRIAL ATTORNEY, TAX DIVISION
U. S. DEPARTMENT OF JUSTICE
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C.  20044
TELE:  (202) 307-6555

SHERIDEN TALLEY BLACK, ESQ.
DELAWARE BAR ID 4382
GOLLATZ, GRIFFIN & EWING, P.C.
1700 WEST 14TH ST.
WILMINGTON, DE  19806-4012

  I HEREBY CERTIFY that on _____, A.D. 2006, I have mailed by United States Postal Service the documents to the following non-registered participants:

(None)

            PRICKETT, JONES & ELLIOTT, P.A.

            _____
            BY:  MASON E. TURNER, JR.,
            DELAWARE BAR ID No. 661
            1310 KING STREET
            P.O. BOX 1328
            WILMINGTON, DE  19899-1328
            (302) 888-6508
            ATTORNEY FOR PLAINTIFF
            ESTATE OF WALTER S. BANDURSKI
            E-Mail:  METurner@prickett.com

Dated: August 31 , 2006.