IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-291 & 05-651 (GMS) |
| | ) | (Consolidated) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that the United States of America's Expert Witness Disclosure Pursuant to Fed. R. Civ. P. 26(a)(2) was served on December 8, 2006, by placing true and correct copies in the United States mail, postage prepaid addressed to:

>Mason E. Turner, Jr., Esq.
>Prickett, Jones & Elliott, P.A.
>1310 King Street
>P.O. Box 1328
>Wilmington, Delaware 19899-1328

>Sheriden T. Black, Esq.
>Gollatz, Griffin & Ewing, P.C.
>1700 West 14th Street
>Wilmington, Delaware 19806-4012

Dated: December 8, 2006.

>/s/ Gerald A. Role
>GERALD A. ROLE
>Trial Attorney, Tax Division
>U.S. Department of Justice
>P.O. Box 227, Ben Franklin Station
>Washington, DC 20044
>Phone: (202) 307-0461
>Fax: (202) 514-6866

1387814.1