IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-291 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| -------------------------------------------------------- | ) | |
| ESTATE OF WALTER S. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-651 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | Consolidated Cases |

### UNITED STATES' MOTION FOR ADDITIONAL TIME IN WHICH TO FILE JOINT PRETRIAL ORDER AND RELATED DOCUMENTS

The United States respectfully requests that the parties be given until January 5, 2007, in which to file the joint pretrial order and related documents in this matter.

This consolidated action consists of two estates seeking a refund of allegedly erroneously assessed federal estate taxes. By Order of January 10, 2006, the parties were directed to file their "joint proposed final pretrial order with information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before December 18, 2006."

For a variety of reasons, the parties have not been able to complete the Final Pretrial Order. None of the parties have submitted expert reports which fully comply with the provisions of Fed. R. Civ. P. 26(a)(2)(B), and depositions of plaintiffs' experts is scheduled for December 21, 2006. Plaintiffs submitted the third version of their proposed portion of the pretrial order on

December 15, 2006, along with their first version of proposed jury instructions. The undersigned counsel's ability to provide defendant's portions of the pretrial order and objections to plaintiffs' portions has been affected by an active caseload in excess of 100 cases, including four reassignments in late November which required action within the following four to six weeks.

      Consultation and finalization of the pretrial order are complicated by the upcoming holidays and counsels' schedules. Counsel for plaintiff Estate of Walter Bandurski is involved in a trial which began on December 11, 2006; the undersigned counsel has a deposition in Chicago on December 19, a summary judgment hearing in Pittsburgh on December 20, the depositions of plaintiffs' experts in Wilmington on December 21, and a summary judgment hearing in Chicago on December 27.

      The United States asserts that this extension will not have an adverse delay on this case. The next deadline is the pretrial conference on January 16, 2007, and if the relief sought is granted, the pretrial order and associated documents still will be filed more than 10 days prior to that date.

The undersigned has consulted with each plaintiff's counsel regarding this motion. Neither opposes the relief being sought.

A proposed order accompanies this request.

DATED: December 18, 2006.

                                                    Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

/s/ Gerald A. Role
GERALD A. ROLE
JENNIFER L. VOZNE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
(202) 307-0461/307-6555

*Attorneys for Defendant*