## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-291 (GMS) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |
| ------------------------------------------------------- ) | |
| ESTATE OF WALTER S. BANDURSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-651 (GMS) |
| ) | |
| UNITED STATES, ) | |
| Defendant. ) | Consolidated Cases |

**ORDER GRANTING MOTION TO EXTEND DEADLINE**
**FOR FILING PRETRIAL ORDER AND RELATED DOCUMENTS**

This matter is before the Court on the United States' motion for additional time in which to file joint pretrial order and related documents. Having considered the motion, and defendant's representation that plaintiffs do not oppose the relief being sought, the Court finds that the motion ought to be and is GRANTED. It is therefore

ORDERED that the parties have up to and including January 5, 2007, in which to file their proposed joint final pretrial order and associated documents as set forth in the form pretrial order attached to the Court's January 10, 2006 scheduling order; and it is further

ORDERED that all other deadlines in the Amended Scheduling Order remain in effect; and it is further

2096118.1

ORDERED that the Clerk distribute copies of this Order to the parties listed below.

DONE this _____ day of _____, 2006 at Wilmington, DE.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Sheriden Black, The Bayard Firm, *Counsel for the Estate of Barbara Bandurski*

Mason E. Turner, Jr., Prickett, Jones & Elliott, P.A., *Counsel for the Estate of Walter Bandurski*

Gerald A. Role & Jennifer L. Vozne, U.S. Department of Justice, Tax Division,
    *Counsel for the United States*