**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-291 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| --------------------------------------------------------- | ) | |
| ESTATE OF WALTER S. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-651 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | Consolidated Cases |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION FOR ADDITIONAL

TIME IN WHICH TO FILE JOINT PRETRIAL ORDER AND RELATED DOCUMENTS and

proposed ORDER was caused to be served this 18th day of December, 2006, by mailing a copy

thereof via First Class mail, postage prepaid, to:

Sheriden T. Black
Gollatz, Griffin & Ewing, PC
1700 W. 14th Street
Wilmington, DE 19806

Mason E. Turner, Jr., Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

/s/ Gerald A. Role
GERALD A. ROLE

2096483.1