IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-291 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| -------------------------------------------------------- | ) | |
| ESTATE OF WALTER S. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-651 (GMS) |
| | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | Consolidated Cases |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Jennifer L. Vozne as co-counsel for the United States in this consolidated action.

DATED: January 4, 2007.                     COLM F. CONNOLLY
                                            United States Attorney

                                            /s/ Jennifer L. Vozne
                                            GERALD A. ROLE
                                            JENNIFER L. VOZNE
                                            Trial Attorneys, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 227
                                            Ben Franklin Station
                                            Washington, DC 20044
                                            (202) 307-0461/307-6555

                                            *Counsel for the United States*

2132395.1

## **CERTIFICATE OF SERVICE**

_____IT IS CERTIFIED that the foregoing WITHDRAWAL OF APPEARANCE was caused to be served this 4th day of January, 2007, by mailing a copy thereof via First Class mail, postage prepaid, to:

Sheriden T. Black
Gollatz, Griffin & Ewing, PC
1700 W. 14th Street
Wilmington, DE 19806

Mason E. Turner, Jr., Esq.
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE