## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | |
| Plaintiff, | C.A. No. 05-291 (GMS) |
| v. | |
| | CONSOLIDATED CASES. |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

| | |
|---|---|
| ESTATE OF WALTER S. BANDURSKI, | |
| Plaintiff, | C.A. No. 05-651 (GMS) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## FINAL PRETRIAL ORDER

THIS MATTER having come before the Court at a pretrial conference held pursuant to Federal Rule of Civil Procedure 16, and Mason E. Turner, Jr., Delaware Bar ID 661, Prickett, Jones & Elliott, P.A., 1310 King Street, Wilmington, DE 19899-1328 (302-888-6508) having appeared for plaintiff, Estate of Walter S. Bandurski, and Sheriden Talley Black, Esq., Delaware Bar ID 4382, 1700 West 14th St., Wilmington, DE 19806-4012, having appeared as counsel for plaintiff Estate of Barbara A. Bandurski, and Gerald A. Role, Esq., District Of Columbia Bar No. 415274, Trial Attorney, Tax Division, U. S. Department Of Justice, P.O. Box 227, Ben Franklin

Station, Washington, D.C.  20044, having appeared for defendant in these consolidated actions, the following actions were taken:

1.      These consolidated actions seek a refund of over-payment of Federal Estate Taxes made by the estates of decedents Walter Bandurski and Barbara Bandurski.  Jurisdiction lies under 28 U.S.C. §1346 because this action is against the United States for a refund of Federal Taxes.  Venue is in the District of Delaware pursuant to 28 U.S.C. §1391(b).

2.      The following stipulations and statements were submitted and are attached to, and made a part of, this order.

(a)      A comprehensive statement of all uncontested facts, which will become a part of the evidentiary record in the case and which may be read to the jury by the Court or any party is attached hereto as Exhibit A;

(b)      An agreed statement by each party of the contested issues of fact and law is attached hereto as Exhibit B;

(c)      Schedules of:

(i)      All exhibits, including documents, summaries, charts and other items expected to be offered in evidence or attached hereto as Exhibit C; and

(ii)      Demonstrative evidence is attached hereto as Exhibit C;

(d)      A list or lists of names and addresses of the potential witnesses to be called by each party, with a statement of any objections to calling, or to the qualifications of, any witness identified on the list is attached hereto as Exhibit D;

(e)      Statements setting forth the qualifications of each expert witness in such form that the statement can be read to the jury at the time the expert witness takes the stand are attached hereto as Exhibit E;

(f)     A list of all depositions, or portions thereof, to be read into evidence and statements of any objections thereto are attached hereto as Exhibit F;

(g)     An itemized statement of special damages attached hereto as Exhibit G;

(h)     Neither party has waived any claims or defenses;

(i)     A jury trial has been demanded and accordingly the parties are providing trial briefs, three sets of marked, proposed jury instructions, verdict forms and special interrogatories, and a list of the questions the parties request the Court to ask prospective jurors in accordance with Federal Rule of Civil Procedure 47(a) and D.Del. L.R. 47.1(a);

(j)     A jury trial has been demanded and, therefore, each party has not provided proposed findings of fact and conclusions of law in duplicate;

(k)     There has been communication concerning settlement, but the parties have been unable to resolve the matter;

(l)     Discovery in this matter is complete;

(m)     Motion in Limine:   Defendant anticipates filing motions in limine regarding plaintiffs' experts.

Plaintiffs object that any Motion in Limine not filed with this Pretrial Order is untimely.

3.     Trial of this case is expected to take three days, beginning on February 5, 2007 and concluding on February 7, 2007.

4.     Jury  X              Non-Jury _____

5.     The parties recommend that eight jurors be selected at the commencement of the trial.

6.     This order will control the course of the trial and may not be amended except by consent of the parties and the court, or by order of the court to prevent manifest injustice.

7.    The possibility of settlement of this case has been considered by the parties.


_____
GREGORY M. SLEET, J.

PRICKETT, JONES & ELLIOTT, P.A.



_____
BY: MASON E. TURNER, JR., No. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE 19899-1328
(302) 888-6508
ATTORNEY FOR PLAINTIFF
ESTATE OF WALTER S. BANDURSKI
E-Mail: METurner@prickett.com

GOLLATZ, GRIFFIN & EWING, P.C.



_____
SHERIDEN TALLEY BLACK, ESQ.
DELAWARE BAR ID 4382
1700 WEST 14TH ST.
WILMINGTON, DE 19806-4012
ATTORNEY FOR PLAINTIFF
ESTATE OF BARBARA A. BANDURSKI
E-Mail: sblack@ggelaw.com



_____
GERALD A. ROLE, ESQ.
DISTRICT OF COLUMBIA BAR NO. 415274
TRIAL ATTORNEY, TAX DIVISION
U. S. DEPARTMENT OF JUSTICE
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
TELE: (202) 307-0461
ATTORNEY FOR DEFENDANT
UNITED STATES OF AMERICA

7.    The possibility of settlement of this case has been considered by the parties.

_____
GREGORY M. SLEET, J.

PRICKETT, JONES & ELLIOTT, P.A.

_____
BY:  MASON E. TURNER, JR., No. 661
1310 KING STREET
P.O. BOX 1328
WILMINGTON, DE  19899-1328
(302) 888-6508
ATTORNEY FOR PLAINTIFF
ESTATE OF WALTER S. BANDURSKI
E-Mail:  METurner@prickett.com

GOLLATZ, GRIFFIN & EWING, P.C.

_____
SHERIDEN TALLEY BLACK, ESQ.
DELAWARE BAR ID 4382
1700 WEST 14TH ST.
WILMINGTON, DE  19806-4012
ATTORNEY FOR PLAINTIFF
ESTATE OF BARBARA A. BANDURSKI
E-Mail:  sblack@ggelaw.com

_____
GERALD A. ROLE, ESQ.
DISTRICT OF COLUMBIA BAR NO. 415274
TRIAL ATTORNEY, TAX DIVISION
U. S. DEPARTMENT OF JUSTICE
P.O. BOX 227, BEN FRANKLIN STATION
WASHINGTON, D.C.  20044
TELE:  (202) 307-0461
ATTORNEY FOR DEFENDANT
UNITED STATES OF AMERICA