IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI, <br><br> Plaintiff, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | C.A. No. 05-291 (GMS) <br><br> CONSOLIDATED CASES. |
| ESTATE OF WALTER S. BANDURSKI, <br> Plaintiff, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | C.A. No. 05-651 (GMS) |

## PLAINTIFF'S PROPOSED VOIR DIRE

1. The trial for which you have been selected will last for approximately three (3) days beginning today and extending through February 7, 2007. Will service on this trial cause an extreme hardship for you?

2. Do you have any physical or emotional problems that might affect your ability to serve as a juror on this trial?

3. Do you know any of the potential witnesses in this trial?

4. This case involves a dispute concerning a tax obligation to the United States Government. Do you have any reason to believe that you could not be fair and impartial to both sides in such a dispute?

## UNITED STATES' PROPOSED VOIR DIRE

1.  Was any one of you or any member of your family acquainted with or did you or they know either of the deceased, Barbara Bandurski or Walter Bandurski?

    (a) How did you or your family member meet him or her?

    (b) How well did you or your family member know him or her?

2.  Is any one of you acquainted with any of the attorneys who are either representing the parties in this case -- Mason Turner and Sheriden Black -- or other attorneys who might testify: James DallePazze, F. Michael Parkowski, Michael Kelly, or Beverly Wik? If so,

    (a) How did you meet them?

    (b) How well do you know them?

3.  Has any one of you or any member of your family ever been a client of Mason Turner, Sheriden Black, James DallePazze, F. Michael Parkowski, Michael Kelly, or Beverly Wik?

4.  Is any one of you or any member of your family acquainted with or do you or they know any of the following persons who may be called as witnesses in this case:

    (a) Michael Bandurski of Smyrna, Delaware;

    (b) Frederic Etskovitz of Philadelphia, Pennsylvania;

    (c) Cheryl Murphy of Smyrna, Delaware;

  (d) Susanna Brooks, of Wilmington, Delaware.

If so, would your acquaintance with or knowledge of the person cause you to give more consideration to his testimony than to testimony of any other person?

  5. Has any one of you or any member of your family ever been audited by the Internal Revenue Service? If so,

 (a) Was the audit conducted in a satisfactory matter?

 (b) Were you in agreement with the outcome of the audit?

 (c) Were you or the family member who was audited treated fairly and courteously?

  6. Is any one of your or any member of your family opposed to the payment of Federal taxes based upon religious, moral, ethical, or philosophical beliefs, or upon an interpretation of the Constitution of the United States?

  7. Is any one of you or any member of your family opposed to the Social Security system or the Medicare system based upon an interpretation of the Constitution of the United States?

  8. Will the fact that this case involves the collection and payment of Federal taxes have any effect on your ability to be a fair and impartial juror?

9. Has any one of you or any member of your family ever been a party to a lawsuit? If so,

(a) What was the nature of the lawsuit?

(b) Would your experience in that lawsuit in any manner affect your decision in this lawsuit?

(c) Did the lawsuit involve the government? If so, was the entity Federal, state, or local, and what was the agency involved?

10. Has any one of you or any member of your family ever engaged in work which includes the preparation of tax returns?

11. Has any one of you or any member of your family ever filed a claim of any nature against the Federal government? If so,

(a) Was it you or a member of your family?

(b) What was the nature of the claim?

(c) How was the claim resolved?

(d) Were you or they treated fairly by the Federal government?

12. Have you ever served on a jury before? If so,

(a) Was the case civil or criminal in nature?

(b) Do you understand the difference?

(c) Did the jury reach a verdict?

13. Does any one of you know of any reason why, after you have heard the evidence in this case and received the instructions of the Court, you could not render a fair and impartial verdict, either to the plaintiffs or to the United States? By that, the Court means that you believe in your own mind that if you are selected as a juror, your verdict in this case will be fair and impartial and based wholly and solely upon the evidence and instructions of the Court?

14. Does any one of you know of any other reason or circumstance which you feel the Court should know before deciding whether you should be a juror in this case? If so, what is it?

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI,<br><br>                      Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                      Defendant. | C.A. No. 05-291 (GMS)<br><br>CONSOLIDATED CASES. |
| ESTATE OF WALTER S. BANDURSKI,<br>                      Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                      Defendant. | C.A. No. 05-651 (GMS) |

**PLAINTIFFS'**
**PROPOSED VERDICT FORM NO. 2**

What percentage of the actual value of the unknown claim do you find to represent the fair market value of that claim as of August 1998?

\_\_\_\_\_%

 

                                                                  _____
                                                                   Jury Foreperson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI,<br><br>        Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | C.A. No. 05-291 (GMS)<br><br>CONSOLIDATED CASES. |
| ESTATE OF WALTER S. BANDURSKI,<br>        Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | C.A. No. 05-651 (GMS) |

**PLAINTIFFS'**
**PROPOSED VERDICT FORM**

<u>Question 1</u>.   Do you find that plaintiffs have produced credible evidence in support of their position?

        Yes _____        No _____

If your answer to Question 1 is "No", notify the bailiff that you have reached a verdict.

If you answer to Question 1 is "yes", proceed to answer Question 2.

<u>Question 2</u>.   Has the Internal Revenue Service met its burden of proof to demonstrate that its position is correct by a preponderance of the evidence?

        Yes _____        No _____

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-291 & 05-651 (GMS) |
| | ) | (Consolidated) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| ESTATE OF WALTER S. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S PROPOSED VERDICT FORM**

1.   As of August 7, 1998, the date of Barbara A. Bandurski's death, the litigation claim had a value of $ _____.

2.   As of August 26, 1998, the date of Walter S. Bandurski's death, the litigation claim had a value of $ _____.

Dated this ___ day of February, 2007.

___

_____
Jury Foreperson

2090028.1