IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-291 & 05-651 (GMS) |
| | ) | (Consolidated) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION IN LIMINE RE PLAINTIFFS' EXPERT REPORTS & TESTIMONY**

The United States moves to exclude the report and testimony of Fredric Etskovitz and Michael Kelly as expert witnesses for plaintiffs. As grounds for this motion, the United States asserts that the reports and testimony would be duplicative, neither Mr. Etskovitz nor Mr. Kelly possesses expertise which would assist a finder of fact, neither has identified reliable principles and methods in forming his opinions, and both have

based their opinions on facts which are legally irrelevant and, in some cases, incorrect.

    A brief in support of the motion and proposed order are attached.

DATED:    January 5, 2007.

                                           Respectfully submitted,

                                           COLM F. CONNOLLY
                                           United States Attorney

                                           <u>/s/ Gerald A. Role</u>
                                           GERALD A. ROLE
                                           Trial Attorney, Tax Division
                                           U.S. Department of Justice
                                           P.O. Box 227
                                           Ben Franklin Station
                                           Washington, DC 20044
                                           (202) 307-0461
                                           e-mail:  gerald.a.role@usdoj.gov

                                           *Attorneys for Defendant*