IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI,       )<br>                                                                  )<br>           Plaintiff,                                   )<br>                                                                  )<br>  v.                                                            )<br>                                                                  )<br> UNITED STATES OF AMERICA,          )<br>                                                                  )<br>           Defendant.                                )  | Civil No. 05-291 & 05-651 (GMS)<br>(Consolidated) |

## DECLARATION OF GERALD A. ROLE

I, Gerald A. Role, being of legal age and pursuant to the provisions of 28 U.S.C. § 1746(2), declare and state as follows:

1. I am a trial attorney with the Tax Division of the United States Department of Justice. In my position as Trial Attorney, I have been assigned primary litigation responsibility for the defense of the present consolidated action. I have first-hand knowledge of all the information described below.

2. On November 7, 2006, the Tax Division received copies of plaintiffs' two purported expert reports – Fredric Etskovitz and Michael P. Kelly – which were electronically filed with the Court as exhibits to plaintiffs' Rule 26 disclosures. (Dkt. No. 40.) A copy of Mr. Kelly's report is attached as Exhibit A, and a copy of Mr. Etskovitz's report is attached as Exhibit B.

3. Mr. Etskovitz and Mr. Kelly each identified and produced a copy of the mediation statement plaintiffs' counsel submitted to Magistrate Judge Thynge on

August 23, 2006 as a document responsive to the subpoena. A copy of that mediation statement is attached as Exhibit C.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___*January 5*___, 2007.

                                *Gerald A. Role*
                                GERALD A. ROLE
                                Trial Attorney, Tax Division
                                U.S. Department of Justice
                                Washington, DC