**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-291 & 05-651 (GMS) |
| | ) | (Consolidated) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING**
**MOTION IN LIMINE RE PLAINTIFFS' EXPERT REPORTS & TESTIMONY**

Upon consideration of the United States' motion to exclude the report and

testimony of Fredric Etskovitz and Michael Kelly as expert witnesses for plaintiffs, the

reasons for the motion, and plaintiffs' opposition thereto, the Court has determined that

the motion should be, and therefore is, GRANTED.  It is therefore

ORDERED that Frederic Etskovitz and Michael Kelly not provide testimony in

this action.

Dated this _____ day of _____, 2007.


_____
GREGORY M. SLEET
United States District Judge