IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-291 (GMS) |
| | ) | |
| v. | ) | CONSOLIDATED CASES |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ESTATE OF WALTER S. BANDURSKI, | ) | |
| | ) | C.A. No. 05-651 (GMS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS MOTION FOR LEAVE TO FILE A BRIEF
IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE**

Plaintiffs, Estate of Barbara A. Bandurski and Estate of Walter S. Bandurski, ("Plaintiffs") respectfully request leave to file briefs in opposition to Defendant United States' Motion in Limine Re Plaintiffs' Expert Reports and Testimony on or before January 12, 2007. In support of this motion Plaintiffs state the following:

By Order of January 10, 2006, the parties were directed to file "[b]riefs (opening, answering and reply) on all motions *in limine* by December 18, 2006. The United States did not file any motions *in limine* by December 18, 2006. However, on January 5, 2007 at 7:38 p.m., the

United States filed a motion *in limine* seeking to preclude Plaintiffs from presenting their expert reports and testimony. Although on December 18, 2006, the United States filed a Motion for Additional Time in Which to File Joint Pretrial Order and Related Documents, which was granted by the Court on December 19, 2006, nowhere in that motion did the United States mention that it would be filing a motion *in limine*, nor did it request additional time to do so.

Because there is no provision in the January 10, 2006 Amended Scheduling Order regarding the filing of briefs in opposition to motions filed as late as January 5, 2007, Plaintiffs hereby seek leave to file such an opposition brief and request up to and including January 12, 2007, prior to the pretrial conference scheduled for January 16, 2007, to do so.

The undersigned have consulted with counsel for the United States regarding this motion, and the United States does not oppose the relief being sought.

A proposed order accompanies this request.

Dated: January 9, 2007

Respectfully submitted,

/s/ Sheriden T. Black
Sheriden T. Black, Esquire (No. 4382)
Gollatz, Griffin & Ewing, P.C.
1700 West 14th Street
Wilmington, DE 19806
302-655-8181

*Attorneys for Plaintiff*
*Estate of Barbara Bandurski*

/s/ Mason E. Turner, Jr.
Mason E. Turner, Jr., Esquire (No. 661)
Prickett Jones & Elliott
1310 King Street
P.o. Box 1328
Wilmington, De 19899-1328
(302) 888-6508

*Attorney for Plaintiff*
*Estate of Walter S. Bandurski*