IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-291 (GMS) |
| ) | |
| v. ) | CONSOLIDATED CASES |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ESTATE OF WALTER S. BANDURSKI, ) | |
| ) | C.A. No. 05-651 (GMS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING PLAINTIFFS MOTION FOR LEAVE
TO FILE A BRIEF IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE**

This matter is before the Court on the motion of Plaintiffs, Estate of Barbara A. Bandurski and Estate of Walter S. Bandurski, for leave to file a brief in opposition to Defendant United States' Motion in Limine Re Plaintiffs' Expert Reports and Testimony. Having considered the motion, and Plaintiffs' representation that Defendant does not oppose the relief being sought, the Court finds that the motion ought to be and is GRANTED. It is therefore

ORDERED that Plaintiffs have up to and including January 12, 2007 in which to file a brief in opposition to the United States' Motion in Limine Re Plaintiffs' Expert Reports and

Testimony, and it is further

    ORDERED that all other deadlines in the Amended Scheduling Order remain in effect; and it is further

    ORDERED that the Clerk distribute copies of this Order to the parties listed below.

This _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Gerald A. Role, U.S. Department of Justice, Tax Division *Counsel for the United States*

Sheriden T. Black, Gollatz, Griffin & Ewing, P.C., *Counsel for the Estate of Barbara Bandurski*

Mason E. Turner, Jr., Prickett, Jones & Elliott, P.A., *Counsel for the Estate of Walter Bandurski*