IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-291 (GMS) |
| ) | |
| v. ) | CONSOLIDATED CASES |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |
| ) | |
| ESTATE OF WALTER S. BANDURSKI, ) | |
| ) | C.A. No. 05-651 (GMS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing PLAINTIFFS MOTION FOR LEAVE TO FILE A BRIEF IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE and proposed ORDER was caused to be served this 9th day of January, 2007, by mailing a copy thereof via First Class mail, postage prepaid to:

Gerald A. Role, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227 Ben Franklin Station
Washington, DC 20044

/s/ Sheriden T. Black
Sheriden T. Black, Esquire (No. 4382)
Gollatz, Griffin & Ewing, P.C.
1700 West 14th Street
Wilmington, DE 19806
302-655-8181

*Attorneys for Plaintiff*
*Estate of Barbara Bandurski*

/s/ Mason E. Turner, Jr.
Mason E. Turner, Jr., Esquire (No. 661)
Prickett Jones & Elliott
1310 King Street
P.o. Box 1328
Wilmington, De 19899-1328
(302) 888-6508

*Attorney for Plaintiff*
*Estate of Walter S. Bandurski*