**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6508
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
METurner@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

January 31, 2007

*Via E-File and*
*Hand Delivery*

The Hon. Gregory M. Sleet
United States District Court Judge
844 King St.
Lockbox 31
Wilmington, DE 19801

    In re:    Barbara Bandurski Estate v. U.S., C.A. No. 05-291-GMS
                  Walter Bandurski Estate v. U.S., C. A. No. 05-651-GMS
                  <u>Consolidated</u>

Dear Judge Sleet:

    I am writing to report on the status of this matter, which is scheduled for trial next Monday, February 5, 2007. The parties have been in settlement negotiations and I can report to the Court that the claim of my client, the Estate of Walter Bandurski, has been settled and that a Stipulation of Dismissal of that claim should be filed shortly.

    I am advised that discussions are continuing with the other plaintiff, the Estate of Barbara Bandurski, but that settlement has not yet been reached.

    At the time of the pretrial conference on January 16, 2007, I had undertaken to file with the Court a revised set of jury instructions and 12 copies of notebooks containing the agreed upon trial exhibits. That task had essentially been finalized by the end of last week but because of the settlement discussions, I had not filed them with the Court. There were some minor editorial changes to the jury instructions and I understand that Ms. Black, on behalf of the Barbara Bandurski Estate, will be filing them, assuming settlement is not reached in connection with that claim.

    I wanted the Court to be aware of why these filings were not made sooner.

                  Respectfully,

                  MASON E. TURNER, JR.
METjr/lsc                Delaware Bar ID #661
                  TONYA JEFFERIS
                  Delaware Bar ID#4298

cc:    Sheriden T. Black, Esq.
        Gerald A. Role, Esq.