IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF WALTER S. BANDURSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-651 (GMS) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to dismissal of this action with prejudice, with each party to bear its own fees and costs. The Court retains jurisdiction to enforce the settlement agreement between the parties.

Dated: January 31, 2007.

PRICKETT JONES & ELLIOTT, P.A.

/s/ Mason E. Turner, Jr.

MASON E. TURNER, JR.
Delaware Bar No. 661
1331 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
Telephone: (302) 888-6508
Fax: (302) 658-8111
E-mail: METurner@prickett.com

Attorney for plaintiff
ESTATE OF WALTER S. BANDURSKI

/s/ Gerald A. Role

GERALD A. ROLE
DC Bar No. 415274
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-0461
Fax: (202) 514-6866
E-mail: gerald.a.role@usdoj.gov

Attorney for defendant
UNITED STATES OF AMERICA