# EXHIBIT

# B

```
PAGE NO-0001                                    IRS EMPLOYEE 6941153782

DATE REQUESTED 06-02-2005                       PRINT DATE 06-02-2005

FORM NUMBER: 706                                TAX PERIOD:      0000

              TAXPAYER IDENTIFICATION NUMBER: 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V

    BARBARA A BANDURSKI ESTATE
    CHERYL A MURPHY
    % CHERYL A MURPHY
    607 TAYLOR AVE
    LINWOOD              PA 19061-4051-076      BODC-SB BODCLC-V

  <<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

  --- ANY MINUS BELOW SIGNIFIES A CREDIT AMOUNT ---

       ACCOUNT BALANCE:           0.00
       ACCRUED INTEREST:          0.00    AS OF 10-04-2004
       ACCRUED PENALTY:           0.00    AS OF 10-04-2004

       ACCOUNT BALANCE
          PLUS ACCRUALS:          0.00


   TAX PER TAXPAYER:         453,289.00

11-08-1999 RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)
12-20-1999 PROCESSING DATE
                              TRANSACTIONS
                                                          MONEY AMOUNT
CODE           EXPLANATION                  DATE         (IF APPLICABLE)
 150  RETURN FILED AND TAX ASSESSED      12-20-1999         453,289.00
      28506-324-01000-9
 670  SUBSEQUENT PAYMENT                 05-07-1999         590,000.00-
 460  EXTENSION OF TIME TO FILE          06-08-1999
      EXT. DATE   11-07-1999
 960  RECEIVED POA/TIA                   11-08-1999
 846  REFUND                             12-20-1999         136,711.00
 300  ADDITIONAL TAX ASSESSED BY EXAMINATION   07-15-2002    78,389.51
      17547-578-00108-2    200227
 336  INTEREST ASSESSED                  07-15-2002          17,312.27
      200227
 670  SUBSEQUENT PAYMENT                 08-05-2002          95,701.78-
 290  CLAIM DISALLOWED                   10-04-2004               0.00
      17554-660-98000-4
```

