# EXHIBIT

# C

```
INTEREST AND PENALTY DETAIL REPORT                   TaxInterest Version  2007.1
Taxpayer name...:                                                       02-01-07
Taxpayer ID#....:                                                         Page 1

                                                                      Event Date
Events                           Date              Amount             Balance (1)
-------------------------------------------------------------------------------
Tax                              12-20-99         78,389.51             78,389.51

Interest Computation Date        07-15-02                               95,701.76
-------------------------------------------------------------------------------
(1) Balance includes any interest and penalties accrued as of the Event Date


Interest Detail
-------------------------------------------------------------------------------
Event             Date       Rate       Base        Interest           Balance
-------------------------------------------------------------------------------
Tax               12-20-99              78,389.51                      78,389.51
Interest          12-31-99   8.00       78,389.51      189.20          78,578.71
Interest          03-31-00   8.00       78,578.71    1,578.46          80,157.17
Interest          06-30-00   9.00       80,157.17    1,813.67          81,970.84
Interest          09-30-00   9.00       81,970.84    1,875.32          83,846.16
Interest          12-31-00   9.00       83,846.16    1,918.23          85,764.39
Interest          03-31-01   9.00       85,764.39    1,924.30          87,688.69
Interest          06-30-01   8.00       87,688.69    1,766.33          89,455.02
Interest          09-30-01   7.00       89,455.02    1,592.18          91,047.20
Interest          12-31-01   7.00       91,047.20    1,620.52          92,667.72
Interest          03-31-02   6.00       92,667.72    1,381.05          94,048.77
Interest          06-30-02   6.00       94,048.77    1,417.32          95,466.09
Interest          07-15-02   6.00       95,466.09      235.67          95,701.76


--------------------------- Summary as of 07-15-02 ---------------------------
                   Amount        Payments         Deposits            Balance
Tax              78,389.51           0.00             0.00          78,389.51
Interest         17,312.25           0.00             0.00          17,312.25
-------------------------------------------------------------------------------
Totals           95,701.76           0.00             0.00          95,701.76
===============================================================================

Prepared using: FEDERAL        IRS interest rates
Table end date: 03-31-07       TVS Table
```



C