## **CERTIFICATE OF SERVICE**

I, Sheriden T. Black, Esquire, hereby certify that on February 5, 2007, a true and correct copy of **Stipulation and Statement of Positions** was served on all counsel of record, via CM/ECF.

    /s/ Sheriden T. Black
Sheriden T. Black, Esquire (No. 4382)