IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-291 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Plaintiff Estate of Barbara A. Bandurski filed the above-captioned action on May 13, 2005 against the Defendant United States, seeking a refund of federal estate taxes from the Internal Revenue Service ("IRS"). On January 16, 2007, the Court entered an Order denying Defendant's Motion for Partial Summary Judgment Against Plaintiff Estate of Barbara A. Bandurski, which Order resolved any outstanding legal issues in the case. On February 5, 2007, the parties stipulated to all issues of fact in this case, thus obviating the need for a jury trial.

Accordingly, based on the stipulated facts, as reflected in the Stipulation and Statement of Positions, dated February 5, 2007, and the Court's Order of January 16, 2007 denying Defendant's Motion for Partial Summary Judgment Against Plaintiff Estate of Barbara A. Bandurski, the Court finds that Plaintiff has overpaid its estate tax by the amount of $124,141 plus interest of $17,312, of which $78,390 in estate tax and $17,312 in interest will bear statutory interest beginning on August 5, 2002 based on the payment made that date on the assessment resulting from the Report

of Estate Tax Examination Changes, and $45,751 in estate tax will bear statutory interest beginning on May 7, 1999 based on the date of the estimated tax payment;

IT IS HEREBY ORDERED that:

Final Judgement shall be entered in accordance with Rule 58 of the Fed. R. Civ. P. in favor of Plaintiff and against the United States for the sum of $141,453 of which $95,702 shall bear statutory interest beginning on August 5, 2002 and $45,751 shall bear statutory interest beginning on May 7, 1999; each party to bear its own fees and costs.

IT IS HEREBY FURTHER ORDERED that jurisdiction is relinquished.

Date: February __6__, 2007

UNITED STATES DISTRICT JUDGE

FILED
FEB 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2204059.1