IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA BANDURSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.:   05-291  (GMS) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Pursuant to the parties stipulation on the facts, as reflected in the Stipulation and Statement of Positions, dated February 5, 2007, (D.I. 57), and the Court's Order of February 6, 2007, (D.I. 58),

IT IS HEREBY ORDERED that:

Final judgment be and is hereby entered in accordance with Rule 58 of the Federal Rules of Civil Procedure in favor of the plaintiff, ESTATE OF BARBARA BANDURSKI AND AGAINST THE UNITED STATES OF AMERICA for the sum of $141,453.00 (ONE HUNDRED FORTY-ONE THOUSAND FOUR HUNDRED FIFTY-THREE DOLLARS) of which $95,702.00 (NINETY-FIVE THOUSAND SEVEN HUNDRED AND TWO DOLLARS) shall bear statutory interest beginning on August 5, 2002 and $45,751.00 (FORTY-FIVE THOUSAND SEVEN HUNDRED FIFTY-ONE DOLLARS) shall bear statutory interest beginning on May 7, 1999; each party to bear its own fees and costs.

IT IS HEREBY FURTHER ORDERED that jurisdiction is relinquished.

.

Dated:  February 6, 2007                     /s/ Gregory M. Sleet
                                             UNITED STATES DISTRICT JUDGE