IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-291 (GMS) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEAL**

Notice is hereby given that the United States of America hereby appeals to the United States Court of Appeals for the Third Circuit from the Final Judgment entered in this case on February 6, 2007.

Dated:  April 4, 2007.

    /s/ Gerald A. Role
GERALD A. ROLE
D.C. Bar No. #415274
Trial Attorney, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, D.C.  20044-0227
Telephone: (202) 307-0461