IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | : | |
| Plaintiff, | : | C.A. No. 05-291 (GMS) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the motion of Plaintiff, Estate of Barbara A. Bandurski, to enforce the Order and Final Judgment of this Court, dated February 6, 2007. Having considered the motion, and any opposition thereto, the Court finds that the motion should be GRANTED. It is therefore

ORDERED that Defendant United States shall pay Plaintiff Estate of Barbara A. Bandurski within ten days the sum of $141,453 plus statutory interest on $95,702 from August 5, 2002 to the date of payment and statutory interest on $45,751 from May 7, 1999 to the date of payment; and it is

FURTHER ORDERED that Defendant United States shall pay Plaintiff Estate of Barbara A. Bandurski the amount of its costs and reasonable attorneys' fees incurred in pursuing this motion. Plaintiff shall submit its costs and attorneys' fees to the Court for review; and it is

FURTHER ORDERED that the Clerk distribute copies of this Order to the parties listed below.

This _____ day of _____, 2007.

_____
JUDGE

Copies to:

Gerald A. Role, U.S. Department of Justice, Tax Division *Counsel for the United States*

Patrick Urda, Attorney, Appellate Section, U.S. Department of Justice, Tax Division *Counsel for the United States*

Sheriden T. Black, Gollatz, Griffin & Ewing, P.C., *Counsel for the Estate of Barbara Bandurski*