# EXHIBIT

# A



1700 WEST 14TH STREET
WILMINGTON, DE 19806
TELEPHONE 302.655.8181
FACSIMILE 302.655.8190
WWW.GGELAW.COM

GOLLATZ
GRIFFIN
& EWING

ATTORNEYS - AT - LAW

SHERIDEN T. BLACK, Esquire
sblack@ggelaw.com

May 14, 2007

**Via Fax (202) 514-8456 & U.S. Mail**
Patrick J. Urda, Esquire
U.S. Department of Justice
Appellate Section
P.O. Box 502
Washington, D.C. 20044

Re: **Estate of Barbara Bandurski v. United States of America**
3rd Circuit - No. 07-2021

Dear Patrick:

I am writing to confirm our May 7, 2007 telephone conversation regarding the above-captioned case and to ensure that I understand the United States' position regarding payment of the February 6, 2007 judgment rendered against it by the District Court for the District of Delaware. As you will recall, you telephoned me that day to respond to my request that the United States pay a portion of that judgment.

In early April, Gerald Role, the Department of Justice trial attorney on this case, responded to my request for payment of the February 6, 2007 judgment by stating that the Government's appeal rendered the judgment "not final" and therefore not payable pursuant to 28 U.S.C. 2414. After the United States filed its appearance and opening papers with the appellate court, I renewed my request for payment, pointing out that the United States had conceded in its April 20, 2007 Concise Summary of the Case that the portion of the District Court's judgment for $95,702 was not part of the current appeal.

On May 7, you telephoned to inform me that the United States was not willing to pay any portion of the District Court's February 6, 2007 judgment at this time. You explained that the Government was still in the process of deciding whether to proceed with its appeal and did not intend to pay any portion of the judgment until the Solicitor General made that decision. As of May 7, 2007, you could not estimate when that might happen.

Patrick J. Urda, Esquire
May 14, 2007
Page 2

If I have misunderstood the United States' position in any way, please inform me immediately. We are in the process of weighing our options at this time.

Sincerely,

*Sheridan T. Black/hep*

Sheriden T. Black

STB:stb:hlp
06069-01

F:\Home\BLACKS\Bandurski\Patrick Urda May 14 letter.wpd