## CERTIFICATE OF SERVICE

I, Sheriden T. Black, Esquire, hereby certify that on July 20, 2007, a true and correct copy of **Plaintiff's Reply in Support of Motion to Enforce Judgment and Partial Opposition to Motion for Stay** was served on all counsel of record, via CM/ECF.

/s/ Sheriden T. Black
Sheriden T. Black, Esquire (No. 4382)
Gollatz, Griffin & Ewing, P.C.
1700 West 14th Street
Wilmington, DE 19806
302-655-8181

*Attorneys for Plaintiff*
*Estate of Barbara Bandurski*