IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF BARBARA A. BANDURSKI, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-291 (GMS) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**APPLICATION FOR ORAL ARGUMENT**

    Plaintiff Estate of Barbara A. Bandurski hereby requests oral argument on Plaintiff's Motion to Enforce Judgment.

Dated : July 23, 2007                        Respectfully submitted,

                                                    /s/ Sheriden T. Black
                                         Sheriden T. Black, Esquire (No. 4382)
                                         Gollatz, Griffin & Ewing, P.C.
                                         1700 West 14th Street
                                         Wilmington, DE 19806
                                         302-655-8181

                                         *Attorneys for Plaintiff*
                                         *Estate of Barbara A. Bandurski*