1700 West 14TH Street
Wilmington, DE 19806
TELEPHONE 302.655.8181
FACSIMILE 302.655.8190
WWW.GGELAW.COM

SHERIDEN T. BLACK, Esquire
sblack@ggelaw.com

July 26, 2007

**VIA CM/ECF**
Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 North King Street
Room 4324
Lockbox 19
Wilmington, Delaware 19801

Re:   Bandurski v. Internal Revenue Service
      Case # 1:05-cv-00291-GMS

Dear Judge Sleet:

Please be advised that this case has been put on a temporary standstill in the Third Circuit Court of Appeals by the mediator for that court, Mr. Torregrossa.

We will inform this Court as soon as the appellate matters are resolved. Because such resolution may render the pending motions moot, please do not schedule oral argument at this time.

Please contact me with any questions.

Respectfully,

/s/ Sheriden T. Black

Sheriden T. Black (No. 4382)
*dictated but not read*

STB:stb
06069-01