IN THE UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF BARBARA BANDURSKI, )<br>  )<br>    Plaintiff, )<br>  )<br>       v. )<br>  )<br>UNITED STATES OF AMERICA, )<br>  )<br>    Defendant. ) | Civil No. 05-291<br><br>Honorable Gregory M. Sleet |

### SATISFACTION OF JUDGMENT

The Judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the District of Delaware is hereby authorized and empowered to satisfy and cancel said Judgment of record.

_____
Alfred A. Gollatz, Esquire
GOLLATZ, GRIFFIN & EWING
213 West Miner Street
Post Office Box 796
West Chester, PA  19381

Dated this __4th__ day of __February__, 20__08__